IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Felix Iraheta | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 4:26-cv-01355 |
| | § | |
| Montgomery County Texas; Deputy Joseph | § | |
| Michael O'Neill; Deputy Nicholas Anthony | § | |
| Scinicariello; Specialist Timothy J. Boerema; | § | |
| Deputy Davis (BWC 16104); John Doe (BWC | § | |
| 13603); John Doe (BWC 15438); John Doe | § | |
| (BWC 14218); Hospital/Scene John Doe | § | |
| Deputy; Jail John Doe Officers 1-2; Emily | § | |
| Waddington (LVN); Etuge Anyangwe (FNP-C); | § | |
| Zakari Lobe (LVN); Ather Siddiqi, MD; | § | |
| *Defendants.* | § | **Jury Demanded** |

**DEFENDANTS O'NEILL'S, MONTGOMERY COUNTY'S AND BOEREMA'S
TABLE OF CONTENTS TO THEIR EXHIBITS
SUPPORTING THEIR MOTIONS TO DISMISS**

| Ex. No.: | Description: |
|---|---|
| 1 | Video- Remove from vehicle |
| 2 | Video- Escort to hospital room and place on bed |
| 3 | Video- Blood Draw |
| 4 | Video- Discharge |
| 5 | Hospital Discharge Paperwork |
| 6 | Bond |

Respectfully submitted,

BY:_____s/ Daniel Plake_____
Daniel Plake
Assistant Montgomery County Attorney
Texas Bar No. 24062942
Federal ID No. 918023
Daniel.plake@mctx.org
501 N. Thompson St. Suite 100
Conroe, TX 77301
Phone:        (936) 539-7828
Facsimile:    (936) 538-8079
ATTORNEY FOR DEFENDANTS
MONTGOMERY COUNTY, O'NEILL,
AND BOEREMA

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2026 a true and correct copy of the foregoing instrument was forwarded via electronic delivery pursuant to the local rules or United States Mail pursuant to Federal Rule of Civil Procedure to the following:

Orlando Rodriquez
4900 Fournace Place, Suite 460
Bellaire, Texas 77401
efile@orodriguezlaw.com
*Attorney for Plaintiff*

s/ Daniel Plake

# EXHIBIT 1

# VIDEO

# (REMOVE FROM VEHICLE)



# EXHIBIT 2

# VIDEO

# (ESCORT TO HOSP ROOM AND PLACE ON BED)



EXHIBIT 3

VIDEO

(BLOOD DRAW)



EXHIBIT 4

VIDEO

(DISCHARGE)

**4:26-cv-01355**
**Iraheta**
**Exhibits 1-4**
**(MTD)**

EXHIBIT 5

HOSPITAL DISCHARGE PAPERWORK

*Cleared for jail*

**Memorial Hermann The Woodlands Hospital**
**9250 Pinecroft**
**The Woodlands, TX, 77380**
**2813642300**

I█████A, F████

**DOB:** █████████
**MRN:** ████████
**Visit Date:** 02/20/2024

# Discharge Instructions

We would like to thank you for allowing us to assist you with your healthcare needs. The following includes patient education materials and information regarding your injury/illness.

## Your Care Team

ED Physicians:
Beres, Kevin Patrick DO
ED Residents:
None
ED APPs:
None
ED Nurses:
None

## Diagnosis from Today's Visit

Fracture, humerus, great tuberosity
Dislocation of left shoulder joint

## Tests Performed

DX Shoulder series

## Discharge Vitals

**Temperature** (Temporal Artery)
████████

**Heart Rate** (Apical)
██

**Respiratory Rate**
██

**Blood Pressure**
██████

**Height**
███████

**Weight**
████████

**BMI**
█████

*Pt is "out"*

# What to Do Next

You were treated today on an emergency basis; it may be wise to contact your primary care provider to notify them of your visit today. You may have been referred to your regular doctor or a specialist, please follow up as instructed. If your condition worsens or you can't get in to see the doctor, contact the Emergency Department.

## Instructions from Your Care Team

**Patient:** I█████A, F████
**FIN:** ███████████

████████████████████████

MEMORIAL HERMANN

Please return if you have any concerning symptoms such as fevers, chills, chest pain, shortness of breath, nauseous or vomiting, unable to urinate or any other concerning symptoms.

Please go over your results with your PCP to discuss any incidental findings.

No qualifying data available.No qualifying data available.Shoulder series DX

02/21/24 00:43:14
IMPRESSION:
Normal left shoulder alignment post reduction. Nondisplaced greater tuberosity fracture.

Amit Mittal MD On 02/21/2024 00:42:23; ██████████

Signed By: Mittal, Amit MDNo qualifying data available.No qualifying data available.No qualifying data available.No qualifying data available.No qualifying data available.

# You Need to Schedule the Following Appointments

**Follow Up with** Follow up with primary care provider
**When:** 02/21/2024 12:00 AM CST

**Follow Up with** Tinubu, Jide Mohamed MD, Orthopedic Surgery Service

**Where:** UT Ortho - Ironman Sports Medicine Institute - The Woodlands FOR FOLLOW UP APPOINTMENT PLEASE CALL CLINIC ████ ███-████ ████ ██████ ██ ███ ██ ███ ████ ██ ████ ██ █████

# Medications

| | What | How Much | When | Instructions | Next Dose |
|---|---|---|---|---|---|
| *New* | ibuprofen (ibuprofen 600 mg oral tablet) | 1 tab(s) BY MOUTH | Every 6 Hours as needed for Pain | take with food<br><br>Pickup at CVS/pharmacy #7426 | |
| *New* | lidocaine topical (lidocaine topical patch (5% film)) | 1 patch(es) Topical | Daily | Pickup at CVS/pharmacy #7426 | |
| *Unchanged* | acetaminophen (acetaminophen 325 mg oral tablet.) | 2 tab(s) BY MOUTH | Every 4 Hours as needed for Pain 1-3/Temp > 100.4 F | | |
| *Unchanged* | apixaban (Eliquis Starter Pack 5 mg oral tablet) | See Special Instructions BY MOUTH | 2 Times Daily | Duration: 30 Days 30 day regimen: Days 1-7 - 10 mg (2 tabs) BID, Days 8-30 - 5 mg (1 tab) BID | |

**Pharmacy Information**
CVS/pharmacy #7426: 4775 W Panther Creek Dr Ste ████ The Woodlands TX 773912502 ████ ███ - ████



Page 2 of 12

# Education Materials

## Shoulder Dislocation



Normal    Dislocated

Humerus

A shoulder dislocation happens when the upper arm bone (humerus) moves out of the shoulder joint. The shoulder joint is the part of the shoulder where the humerus, shoulder blade (scapula), and collarbone (clavicle) meet.

## What are the causes?

This condition is often caused by:

- A fall.
- A hard, direct hit to the shoulder.
- A forceful movement of the shoulder.

## What increases the risk?

You are more likely to develop this condition if you play sports.

## What are the signs or symptoms?







Symptoms of this condition include:

- Deformity of the shoulder.
- Severe pain.
- Inability to move the shoulder.
- Numbness, weakness, or tingling in your neck or down your arm.
- Bruising or swelling around your shoulder.

# How is this diagnosed?

This condition is diagnosed with a physical exam. After the exam, tests may be done to check for related problems. Tests may include:

- X-ray. This may be done to check for broken bones.
- MRI. This may be done to check for damage to the tissues around the shoulder.
- Electromyogram. This may be done to check for nerve damage.

# How is this treated?

This condition is treated with a procedure to place the humerus back in the joint. This procedure is called a reduction. There are two types of reduction:

- Closed reduction. The humerus is placed back in the joint without surgery. The health care provider uses his or her hands to guide the bone back into place.
- Open reduction. Surgery is done to place the humerus back in the joint. An open reduction may be recommended if:
  - You have a weak shoulder joint or weak ligaments.
  - You have had more than one shoulder dislocation.
  - The nerves or blood vessels around your shoulder have been damaged.

After reduction, your shoulder and arm will be placed in a brace or sling to prevent it from moving.

After the brace or sling is removed, you will have physical therapy to help improve the range of motion in your shoulder joint.

# Follow these instructions at home:

**Medicines**

- Take over-the-counter and prescription medicines only as told by your health care provider.
- Ask your health care provider if the medicine prescribed to you:
  - Requires you to avoid driving or using machinery.





- Can cause constipation. You may need to take these actions to prevent or treat constipation:
  - Drink enough fluid to keep your urine pale yellow.
  - Take over-the-counter or prescription medicines.
  - Eat foods that are high in fiber, such as beans, whole grains, and fresh fruits and vegetables.
  - Limit foods that are high in fat and processed sugars, such as fried or sweet foods.

**If you have a brace or sling:**

- Wear the brace or sling as told by your health care provider. Remove it only as told by your health care provider.
- Loosen the brace or sling if your fingers tingle, become numb, or turn cold and blue.
- Keep the brace or sling clean.
- If the brace or sling is not waterproof:
  - **Do not** let it get wet.
  - Cover it with a watertight covering when you take a bath or shower.

**Managing pain, stiffness, and swelling**



- If directed, put ice on the injured area.
  - If you have a removable brace or sling, remove it as told by your health care provider.
  - Put ice in a plastic bag.
  - Place a towel between your skin and the bag.
  - Leave the ice on for 20 minutes, 2–3 times per day.
- Move your fingers often to reduce stiffness and swelling.
- Raise (elevate) the injured area above the level of your heart while you are sitting or lying down.

**Activity**

- **Do not** lift your arm above shoulder level until your health care provider approves.
- **Do not** lift anything until your health care provider says that it is safe.
- **Do not** push or pull things until your health care provider approves.
- Return to your normal activities as told by your health care provider. Ask your health care provider what activities are safe for you.
- Perform range-of-motion exercises only as told by your health care provider.
- Exercise your hand by squeezing a soft ball. This helps to decrease stiffness and swelling in your hand and wrist.

**General instructions**

- **Do not** drive while wearing a brace or sling on a hand that you use for driving. Ask your health care provider when it is safe to drive after the brace or sling is removed.
- **Do not** take baths, swim, or use a hot tub until your health care provider approves. Ask your health care provider if you may take showers. You may only be allowed to take sponge baths.
- **Do not** use any products that contain nicotine or tobacco, such as cigarettes, e-cigarettes, and chewing tobacco. These can delay healing. If you need help quitting, ask your health care provider.
- Keep all follow-up visits as told by your health care provider. This is important.





## Contact a health care provider if:

- Your brace or sling gets damaged.

## Get help right away if:

- Your pain gets worse rather than better.
- You lose feeling in your arm or hand.
- Your arm or hand becomes white and cold.

## Summary

- A shoulder dislocation happens when the upper arm bone moves out of the shoulder joint.
- It is usually caused by a fall, a strong hit to the shoulder, or a forceful movement of the shoulder.
- It causes severe pain, inability to move the shoulder, numbness, weakness, or tingling.
- This condition is treated with either closed or open reduction. You will also be given a brace or sling. You will do exercises to increase your shoulder's range of motion.
- Contact a health care provider if your brace or sling gets damaged. Get help right away if your pain gets worse, you lose feeling in your arm or hand, or your arm or hand becomes white or cold.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Revised: 09/07/2022 Document Reviewed: 09/07/2022 Elsevier Patient Education © 2023 Elsevier Inc.

# Humerus Fracture Treated With ORIF



Humerus fracture

A humerus fracture is a break in the upper arm bone (humerus). If the fracture is displaced, that means that one or more parts of the bone have been moved out of their normal position and are not lined up correctly.

Open reduction with internal fixation (ORIF) is a surgical procedure that may be used to treat a humerus fracture that is displaced. In this procedure, a surgeon will move parts of the bone back into the right position. The surgeon will put in a combination of plates, screws, or other types of hardware to hold the bones in place. The hardware that is put in during the procedure will likely be left in place after you heal. You will likely not know that it is there.

## Tell a health care provider about:

- Any allergies you have.
- All medicines you are taking, including vitamins, herbs, eye drops, creams, and over-the-counter medicines.
- Any problems you or family members have had with anesthetic medicines.





- Any bleeding problems you have.
- Any surgeries you have had.
- Any medical conditions you have.
- Whether you are pregnant or may be pregnant.

# What are the risks?

Generally, this is a safe procedure. However, problems may occur, including:

- Excessive bleeding.
- Infection.
- Allergic reactions to medicines.
- Damage to nerves or blood vessels.
- Shoulder stiffness.
- Failure of the bone to heal (nonunion).

# What happens before the procedure?

### Staying hydrated



Follow instructions from your health care provider about hydration, which may include:

- Up to 2 hours before the procedure – you may continue to drink clear liquids, such as water, clear fruit juice, black coffee, and plain tea.

### Eating and drinking restrictions

Follow instructions from your health care provider about eating and drinking, which may include:

- 8 hours before the procedure – stop eating heavy meals or foods, such as meat, fried foods, or fatty foods.
- 6 hours before the procedure – stop eating light meals or foods, such as toast or cereal.
- 6 hours before the procedure – stop drinking milk or drinks that contain milk.
- 2 hours before the procedure – stop drinking clear liquids.

### Medicines

Ask your health care provider about:

- Changing or stopping your regular medicines. This is especially important if you are taking diabetes medicines or blood thinners.
- Taking medicines such as aspirin and ibuprofen. These medicines can thin your blood. **Do not** take these medicines unless your health care provider tells you to take them.
- Taking over-the-counter medicines, vitamins, herbs, and supplements.

### General instructions

- Ask your health care provider:





- ◦ How your surgery site will be marked.
- ◦ What steps will be taken to help prevent infection. These steps may include:
  - Removing hair at the surgery site.
  - Washing skin with a germ-killing soap.
  - Taking antibiotic medicine.
- Plan to have a responsible adult take you home from the hospital or clinic.
- Plan to have a responsible adult care for you for the time you are told after you leave the hospital or clinic. This is important.

## What happens during the procedure?

- An IV will be inserted into one of your veins.
- You will be given one or more of the following:
  - ◦ A medicine to help you relax (sedative).
  - ◦ A medicine to numb the area (local anesthetic).
  - ◦ A medicine to make you fall asleep (general anesthetic).
  - ◦ A medicine that is injected into an area of your body to numb everything below the injection site (regional anesthetic).
- The surgeon will make an incision through your skin over the area of the fracture.
- The broken bones will be returned to their normal positions. The surgeon will use screws and a metal plate or different types of wiring to hold the bones in place.
- The surgeon will close the incision with stitches (sutures) or staples.
- A bandage (dressing) will be placed over your incision.
- A shoulder immobilizer may be placed to keep your arm in position.

The procedure may vary among health care providers and hospitals.

## What happens after the procedure?

- Your blood pressure, heart rate, breathing rate, and blood oxygen level will be monitored until you leave the hospital or clinic.
- You will be given medicine for pain as needed.
- You may have physical therapy while you are in the hospital.
- You may be sent home with a sling to support your arm.
- If you were given a sedative during the procedure, it can affect you for several hours. **Do not** drive or operate machinery until your health care provider says that it is safe.

## Summary

- A humerus fracture is a break in the upper arm bone (humerus).
- To repair this fracture with ORIF, your surgeon will make an incision over the bone, then move parts of the bone back into the right position.
- A combination of screws, metal plates, and other types of hardware will be used to hold the parts of the bone in place.
- The incision will be closed with sutures or staples, and a dressing will be placed over it.
- You may be sent home with a sling to support your arm.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Revised: 04/13/2022 Document Reviewed: 04/13/2022 Elsevier Patient Education © 2023 Elsevier Inc.

# Cast or Splint Care







Casts and splints support injured limbs and keep bones from moving while they heal.

# HOME CARE

- Keep the cast or splint uncovered during the drying period.
  - A plaster cast can take 24 to 48 hours to dry.
  - A fiberglass cast will dry in less than 1 hour.
- **Do not** rest the cast on anything harder than a pillow for 24 hours.
- **Do not** put weight on your injured limb. **Do not** put pressure on the cast. Wait for your doctor's approval.
- Keep the cast or splint dry.
  - Cover the cast or splint with a plastic bag during baths or wet weather.
  - If you have a cast over your chest and belly (*trunk*), take sponge baths until the cast is taken off.
  - If your cast gets wet, dry it with a towel or blow dryer. Use the cool setting on the blow dryer.
- Keep your cast or splint clean. Wash a dirty cast with a damp cloth.
- **Do not** put any objects under your cast or splint.
- **Do not** scratch the skin under the cast with an object. If itching is a problem, use a blow dryer on a cool setting over the itchy area.
- **Do not** trim or cut your cast.
- **Do not** take out the padding from inside your cast.
- Exercise your joints near the cast as told by your doctor.
- Raise (*elevate*) your injured limb on 1 or 2 pillows for the first 1 to 3 days.

# GET HELP IF:

- Your cast or splint cracks.
- Your cast or splint is too tight or too loose.
- You itch badly under the cast.
- Your cast gets wet or has a soft spot.
- You have a bad smell coming from the cast.
- You get an object stuck under the cast.
- Your skin around the cast becomes red or sore.
- You have new or more pain after the cast is put on.

# GET HELP RIGHT AWAY IF:

- You have fluid leaking through the cast.





- You cannot move your fingers or toes.
- Your fingers or toes turn blue or white or are cool, painful, or puffy (*swollen*).
- You have tingling or lose feeling (*numbness*) around the injured area.
- You have bad pain or pressure under the cast.
- You have trouble breathing or have shortness of breath.
- You have chest pain.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Released: 04/18/2012 Document Revised: 08/20/2014 Document Reviewed: 06/26/2014 Elsevier Interactive Patient Education ©2016 Elsevier Inc.

## Allergies

No Known Medication Allergies

## Problems

Ongoing
Dislocation of left shoulder joint
Fracture, humerus, great tuberosity

## Additional Information

- Follow up with your Primary Care Physician; **if you do not have a Primary Care Physician,** visit memorialhermann.org/doctors to select one of our affiliated physicians or contact our department 832.658.6432 to schedule an In-Person or Virtual Office Visit
- If you have a more Urgent needs, please check in online for our Urgent Care using memorialhermann.org/urgentcare
- If you are experiencing a medical emergency, call 911 or go to the nearest emergency room
- Still not sure of what kind of care you need? Call the free 24/7 Nurse Health Line. Call 713.338.7979 or check nursehealthline.org
- Using the Memorial Hermann **Everyday Well app,** you can review a summary of your medical record, find affiliated physicians and locations, view your lab and imaging results, schedule appointments or check in online, access your Virtual Clinic appointment, pay select bills and so much more
- To Join **Everday Well**, visit memorialhermann.org/joineverydaywell or scan the QR code below





MEMORIAL® HERMANN

**Note:** At Memorial Hermann Health System, we are dedicated to protecting the information of our patients. The proxy process was designed to comply with state and federal privacy laws.

The Everyday Well portal has certain technological limitations which impact proxy access to medical records for patients ages 13-17. **Therefore, proxy access through Everyday Well is not available to parents for this age range.** We are actively working to improve this process and to provide portal access. Parents may instead contact the Memorial Hermann Release of Information Department directly at 713-867-4335 or online at https://www.memorialhermann.org/patients-visitors/patient-services/release- medical-records to request medical records for their children.





# EXHIBIT 6


# BOND

Felony / Misdemeanor Bond (LICENSED MONTGOMERY COUNTY SURETIES or CASH BOND

| | | |
|---|---|---|
| Amount of Bond: One Thousand Five Hundred | Dollars: $1500.00 | Date of Bond: February 21, 2024 |
| Principal's name: Felix Iraheta | SO: 236648 | Gender: Male |
| Principal's address: | | |
| Principal's telephone: | Court: County Court at Law 5 | |
| Offense Charge: Driving While Intoxicated | | |
| Surety's name: Alexis Van De Ven Seda | [Mark with "✓"]: [ ] Felony [X] Misdemeanor | |
| Surety business name: Bustin' Out Bail Bonds by Alexis | Are there bond conditions? [mark with "✓"] [ ] Yes [ ] No | |
| Surety license #: 69 | Arrest is [mark with "✓"]: | |
| Agent's name: | [X] Instanter    [ ] Warrant Number: 24.382624 | |
| Agent's address: | Surety/Agent telephone: 936-788-8228 | |

THE STATE OF TEXAS                                  §

COUNTY OF Montgomery                          §                    KNOW ALL BY THESE PRESENTS THAT:

We, the undersigned principal, and surety, are held and bound to pay to the STATE OF TEXAS the bond amount as stated above, and all additional fees and expenses that may be incurred by peace officers in rearresting the principal, in the event the conditions of this bond are violated. We do bind ourselves, our heirs, executors, administrators and assigns, jointly and severally, that the above Principal shall appear before the Court named in the notice below INSTANTER at the location therein stated , as well as before any other court to which the same may be transferred and for any and all subsequent proceedings that may be had relative to said charge in  the course of criminal actions based on said charge, and there remain from day to day and term to term of said Courts, until discharged by due course of law, then and there to answer said accusation against him. Upon Principal's discharge by due course of law this obligation shall become void; otherwise, to remain in full force and effect.

Principal's signature: _____          Surety/Agent's signature: _____

(Principal's fingerprint)

FEB 21 PM 2:28

### Notice to Defendant and Surety on Appearance Bond

## YOU ARE HEREBY NOTIFIED TO APPEAR IN THE COURT MARKED BELOW ON

# March 27, 2024 @ 9:00 A.M.

FAILURE TO APPEAR WILL RESULT IN THE FORFEITURE OF YOUR BOND AND A WARRANT ISSUED FOR YOUR ARREST

[ ] Justice of the Peace Pct. 1 – 300 South Danville, Willis, 77378

[ ] Justice of the Peace Pct. 1 – 19380 Hwy 105 West, Ste.507, Montgomery, 77356

[ ] Justice of the Peace Pct. 2 – 2241 North 1st Street, Conroe, 77301

[ ] Justice of the Peace Pct. 3 – 1520 Lake Front Circle, The Woodlands, 77380

[ ] Justice of the Peace, Pct. 4 – 22354 Justice Drive, New Caney, 77357

[ ] Justice of the Peace Pct. 5 – 19100 Unity Park, Magnolia, 77355

[ ] 9th District Court, 207 West Phillips, Ste. 201, Conroe, 77301

[ ] County Court at Law #1– 210 West Davis, Ste. 201, Conroe, 77301

[ ] County Court at Law #2 – 210 West Davis, Ste. 300, Conroe, 77301

[ ] County Court at Law #3– 301 N. Main, Ste. 110, Conroe, 77301

[ ] County Court at Law #4– 210 West Davis, Ste. 402, Conroe, 77301

[X] County Court at Law #5– 210 West Davis, Ste. 250, Conroe, 77301

[ ] 221st District Court, 207 West Phillips, 3rd Fl., Conroe 77301

[ ] 284th District Court, 301 North Main, Conroe, 77301

[ ] 359th District Court, 207 West Phillips,Conroe77301

[ ] 410th District Court, 301 North Main, Conroe, 77301

[ ] 418th District Court, 301 North Main, Conroe, 77301

[ ] 435th District Court, 207 W. Phillips 3rdFloor, Conroe 77301

Copies received by:

[ ] Defendant

Witnessed by _____

Agent for Montgomery County

Revised 11/28/2017