**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

FELIX IRAHETA,

      *Plaintiff,*

v.

MONTGOMERY COUNTY, TEXAS, et al.,

      *Defendants.*

Civil Action No. 4:26-cv-01355

**PLAINTIFF'S NOTICE OF FILING OF EXHIBIT INDICES (PLTF EXS. A–C)
AND NOTICE OF SUBMISSION OF NATIVE VIDEO EXHIBITS VIA USB**

Plaintiff Félix Iraheta files this Notice to clarify the record regarding the exhibits referenced in Plaintiff's Response in Opposition (Doc. 17).

1. Doc. 17 references "Pltf Ex. A," "Pltf Ex. B," and "Pltf Ex. C" as indices and maps identifying the relevant native video files and the nesting relationship between Defendants' bounded excerpt windows and longer same-camera recordings.

2. Plaintiff attaches those referenced indices and maps to this Notice as:

    (a) Pltf Ex. A (Defendants' Exhibit Index and Nesting Map);

    (b) Pltf Ex. B (Incident Video Index: Bridge Context Recordings); and

    (c) Pltf Ex. C (Hospital Bridge Context Index: Second Angle Recordings).

3.  As stated in Doc. 17, the referenced video exhibits are provided in native format via USB because the native files exceed CM/ECF upload limitations. Plaintiff will deliver identical USB copies to chambers (via the Case Manager) and to Defendants' counsel on the next business day, April 7, 2026.

Respectfully submitted,

**O. RODRIGUEZ LAW, PLLC**

*/s/ Orlando Rodriguez*
**ORLANDO RODRIGUEZ**
State Bar No. 24037382
700 Louisiana St., Suite 3950
Houston, Texas 77002
Telephone: (713) 239-2300
Email: efile@orodriguezlaw.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I certify that on April 4, 2026, a true and correct copy of the foregoing Notice and attachments was served on all counsel of record via the Court's CM/ECF electronic filing system.

*/s/ Orlando Rodriguez*