## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

FELIX IRAHETA,

      *Plaintiff,*

v.

MONTGOMERY COUNTY, TEXAS, et al.,

      *Defendants.*

Civil Action No. 4:26-cv-01355

## PLTF EX. A — DEFENDANTS' EXHIBIT INDEX AND NESTING MAP

Defendants' "bounded excerpt" video exhibits (Doc. 13-1, Exs. 1–4) are nested within longer same-camera exports in Plaintiff's possession and identified in Plaintiff's Response (Doc. 17).

| Defendants' Exhibit | Defendants' Clip Window | Nested Within (Plaintiff Recording) | Plaintiff Window | Notes |
|---|---|---|---|---|
| Defs. Ex. 1 | 22:48:08–22:53:59 | Pltf 1.6 | 22:47:50–23:00:46 | Same camera/unit (O'Neill X2/SafeFleet). |
| Defs. Ex. 2 | 00:00:28–00:01:33 | Pltf 1.8 | 00:00:24–00:01:33 | Same camera/unit (O'Neill X2/SafeFleet). |
| Defs. Ex. 3 | 00:24:17–00:30:10 | Pltf 1.9 | 00:22:25–00:33:25 | Same camera/unit (O'Neill X2/SafeFleet). |
| Defs. Ex. 4 | 01:15:19–01:17:00 | Pltf 1.10 | 01:15:15–01:19:33 | Same camera/unit (O'Neill X2/SafeFleet). |