# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

FELIX IRAHETA,

        *Plaintiff,*

v.

MONTGOMERY COUNTY, TEXAS, et al.,

        *Defendants.*

Civil Action No. 4:26-cv-01355

**PLTF EX. B — INCIDENT VIDEO INDEX (BRIDGE CONTEXT RECORDINGS)**

This index identifies the longer same-camera recordings submitted for the limited purpose described in Doc. 17 (bridge context + nesting) and delivered in native format via USB.

| Plaintiff Exhibit | Source/Device | File Name on USB | Date | Time Range | Description |
|---|---|---|---|---|---|
| Pltf 1.6 | O'Neill BWC (X2/SafeFleet) | OR24-2702-24A049503 1.6.mp4 | 02/20/2024 | 22:47:50–23:00:46 | Longer same-camera export containing Defs. Ex. 1 excerpt window. |
| Pltf 1.8 | O'Neill BWC (X2/SafeFleet) | OR24-2702-24A049503 1.8.mp4 | 02/21/2024 | 00:00:24–00:01:33 | Longer same-camera export containing Defs. Ex. 2 excerpt window. |
| Pltf 1.9 | O'Neill BWC (X2/SafeFleet) | OR24-2702-24A049503 1.9.mp4 | 02/21/2024 | 00:22:25–00:33:25 | Longer same-camera export containing Defs. Ex. 3 excerpt window. |
| Pltf 1.10 | O'Neill BWC (X2/SafeFleet) | OR24-2702-24A049503 1.10.mp4 | 02/21/2024 | 01:15:15–01:19:33 | Longer same-camera export containing Defs. Ex. 4 excerpt window. |