# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

FELIX IRAHETA,

*Plaintiff,*

v.

Civil Action No. 4:26-cv-01355

MONTGOMERY COUNTY, TEXAS, et al.,

*Defendants.*

## PLTF EX. C — HOSPITAL BRIDGE CONTEXT INDEX (SECOND ANGLE)

This index identifies the limited second-angle hospital hallway recordings referenced in Doc. 17 and delivered in native format via USB.

| Plaintiff Exhibit | Source/Device | File Name on USB | Date | Time Range | Description |
|---|---|---|---|---|---|
| Pltf 1.14 | Davis BWC 16104 | OR24-2702-24A049503 1.14.mp4 | 02/21/2024 | 23:59:45–00:01:35 | Contemporaneous second angle overlapping hospital hallway events at issue. |
| Pltf 1.15 | Davis BWC 16104 | OR24-2702-24A049503 1.15.mp4 | 02/20/2024 | 23:59:45–00:01:35 | Contemporaneous second angle overlapping hospital hallway events at issue. |