**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

FELIX IRAHETA,

  *Plaintiff,*

v.

  Civil Action No. 4:26-cv-01355

MONTGOMERY COUNTY,
TEXAS, et al.,

  *Defendants.*

## ORDER

Before the Court are (1) Defendants Deputy Joseph Michael O'Neill and Montgomery County, Texas's Motion for Judgment on the Pleadings under Rule 12(c) and (2) Defendant Specialist Timothy J. Boerema's Motion to Dismiss under Rule 12(b)(6). (Doc. 13.)

Plaintiff filed a Response in Opposition. (Doc. 17.)

**IT IS ORDERED:**

1. Defendants Deputy Joseph Michael O'Neill and Montgomery County, Texas's Motion for Judgment on the Pleadings (Doc. 13) is **DENIED**.

2.  Defendant Specialist Timothy J. Boerema's Motion to Dismiss (Doc. 13) is **DENIED**.

3.  The denials above are under the Rule 12 standards only.

4.  In the alternative, if the Court determines that Plaintiff's operative complaint is deficient in any respect, Plaintiff is **GRANTED LEAVE TO AMEND** solely to cure any such deficiency within seven (7) days of the date of this Order.

SIGNED on _____, 2026.


_____
**HON. CHARLES ESKRIDGE**
UNITED STATES DISTRICT JUDGE