**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

FELIX IRAHETA,
    *Plaintiff,*

v.

MONTGOMERY COUNTY, TEXAS,
et al.,
    *Defendants.*

Civil Action No. 4:26-cv-01355

**PLAINTIFF'S MOTION FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT**

Plaintiff Félix Iraheta moves for leave under Federal Rule of Civil Procedure 15(a)(2) to file a Second Amended Complaint (Exhibit A). The proposed amendment is narrowly tailored to substitute the true names of four previously pleaded, body-worn-camera ("BWC") identified deputy defendants consistent with Defendants' Certificate of Interested Parties (Doc. 16). Other than these substitutions and strictly necessary conforming edits, Exhibit A is identical in substance to Plaintiff's First Amended Complaint (Doc. 4). Granting leave will permit prompt issuance of summonses and service on the correctly identified individuals.

## I. Relief Requested

Plaintiff requests leave to file Exhibit A, substituting:

- Deputy Jackson Davis (BWC 16104) in place of "Deputy Davis (first name unknown) (BWC 16104)";
- Deputy William Southern (BWC 13603) in place of "John Doe (BWC 13603)";
- Deputy Mario Romero (BWC 15438) in place of "John Doe (BWC 15438)"; and
- Deputy Carlos Herrera, Jr. (BWC 14218) in place of "John Doe (BWC 14218)."

Plaintiff does not seek to rename or remove the currently unidentified defendants pleaded as "Hospital/Scene John Doe Deputy" and "Jail John Doe Officers 1–2."

## II. Background

Plaintiff filed this action on February 20, 2026 and filed his First Amended Complaint on February 23, 2026 (Doc. 4). Plaintiff pleaded the above deputy defendants by BWC identifier in Doc. 4. In Doc. 16, Defendants identified the deputies corresponding to those BWC identifiers. Plaintiff seeks leave to make these substitutions promptly so the correct individuals may be served and the case may proceed efficiently.

### III. Standard

Under Rule 15(a)(2), the Court should freely grant leave to amend when justice so requires. In exercising its discretion, courts consider factors including undue delay, bad faith, repeated failure to cure deficiencies, undue prejudice, and futility. *Foman v. Davis*, 371 U.S. 178 (1962)

### IV. Argument

The proposed amendment is substitution-only. It does not add new causes of action, new legal theories, or materially new factual allegations. Defendants themselves provided the identifications in Doc. 16. Substituting the true names of already-pleaded BWC-identified deputies at this stage therefore causes no unfair surprise or undue prejudice and will facilitate prompt service and orderly litigation.

This amendment also advances the orderly identification and service of individual defendants previously pleaded by placeholder designation, which the Fifth Circuit has recognized must be resolved for claims against individuals to proceed. *Spiller v. City of Texas City, Police Department*, 130 F.3d 162 (5th Cir. 1997)

To the extent any issue is later raised regarding relation back under Rule 15(c), the inquiry focuses on what the party to be added knew or should have known within the Rule 4(m) period. *Krupski v. Costa Crociere S.p.A.*, 560 U.S. 538 (2010)

## V. Requested Relief

Plaintiff respectfully requests that the Court grant leave for Plaintiff to file the proposed Second Amended Complaint attached as Exhibit A.

Respectfully submitted,

**O. RODRIGUEZ LAW, PLLC**

*/s/ Orlando Rodriguez*
**ORLANDO RODRIGUEZ**
State Bar No. 24037382
700 Louisiana St, Suite 3950
Houston, TX 77002
Telephone: (713) 239-2300
Email: efile@orodriguezlaw.com

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

On April 6, 2026, counsel for Plaintiff conferred in good faith by email with counsel for Defendants (Daniel Plake), requesting Defendants' position on this Motion. As of 5:00 p.m., the time of filing, Defendants have not provided their position.

*/s/ Orlando Rodriguez*
ORLANDO RODRIGUEZ

## CERTIFICATE OF SERVICE

I certify that on April 6, 2026, a true and correct copy of the foregoing was served via the Court's CM/ECF system upon all counsel of record.

*/s/ Orlando Rodriguez*
ORLANDO RODRIGUEZ