**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

FELIX IRAHETA,
     *Plaintiff,*

v.

MONTGOMERY COUNTY, TEXAS,
et al.,
     *Defendants.*

Civil Action No. 4:26-cv-01355

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT**

Before the Court is Plaintiff Felix Iraheta's Motion for Leave to File Second Amended Complaint. Having considered the Motion, the Court finds that leave should be granted.

IT IS ORDERED that Plaintiff's Motion for Leave to File Second Amended Complaint is GRANTED.

IT IS FURTHER ORDERED that Plaintiff is granted leave to file the Second Amended Complaint attached to the Motion as Exhibit A.

SIGNED on _____, 2026.

_____
**CHARLES ESKRIDGE**
UNITED STATES DISTRICT JUDGE