# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

FELIX IRAHETA,

    *Plaintiff,*

v.

MONTGOMERY COUNTY, TEXAS,
et al.,

    *Defendants.*

Civil Action No. 4:26-cv-01355

## PLAINTIFF'S NOTICE OF CLARIFICATION

Plaintiff Felix Iraheta files this Notice to clarify Defendants' position regarding Plaintiff's Motion for Leave to File Plaintiff's Second Amended Complaint (Doc. 20).

1.    On April 6, 2026, Plaintiff's counsel emailed counsel for Defendants and requested Defendants' position on Plaintiff's substitution-only motion for leave.

2.    When Plaintiff filed Doc. 20 on April 6, 2026, Defendants had not confirmed whether they opposed the motion.

3.    On April 7, 2026, Defendants' counsel advised that Defendants do not agree that the motion is unopposed and requested that the Court treat the motion as opposed.

Accordingly, to the extent the docket text for Doc. 20 reflects "Unopposed," Plaintiff respectfully clarifies that Defendants have not confirmed non-opposition and have indicated they may oppose the motion. Plaintiff requests that the Court treat Doc. 20 as opposed unless and until Defendants confirm non-opposition.

Respectfully submitted,

**O. RODRIGUEZ LAW, PLLC**

*/s/ Orlando Rodriguez*
ORLANDO RODRIGUEZ
Attorney-in-Charge
State Bar No. 24037382
S.D. Tex. Bar No. 3944531
700 Louisiana St., Suite 3950
Houston, Texas 77002
Telephone: (713) 239-2300
Email: efile@orodriguezlaw.com

ATTORNEY FOR PLAINTIFF

### <u>CERTIFICATE OF SERVICE</u>

I certify that on April 7, 2026, a true and correct copy of the foregoing was served via the Court's CM/ECF system upon all counsel of record.

*/s/ Orlando Rodriguez*
ORLANDO RODRIGUEZ