**EXHIBIT 1**
**ADMISSIONS CHART (SIDE-BY-SIDE)**

| # | Confirmed Undisputed Fact (Neutral, Minimum Admitted Content) | FAC (Doc. 4) ¶ | Answer (Doc. 10) ¶ | Verbatim Admission (Doc. 10) |
|---|---|---|---|---|
| 1 | Montgomery County, Texas is a political subdivision and suable entity. | 10 | 10 | "Admit." |
| 2 | Final policymaking authority for law-enforcement and jail-custody practices rested with the Sheriff of Montgomery County during the relevant period. | 11 | 11 | "Admit." |
| 3 | Defendants Waddington, Anyangwe, Lobe, and Siddiqi provided and/or oversaw medical care for detainees at the Montgomery County Jail during the relevant period. | 24 | 24 | "Admit." |
| 4 | This Court has subject-matter jurisdiction over the claims forming the basis of this suit. | 33 | 33 | "Admit this Court has subject matter jurisdiction over the claims forming the basis of this suit." |
| 5 | MCSO maintains records and reports relating to the incident and custodial sequence described in the First Amended Complaint. | 6 | 6 | "Admit generally." |
| 6 | Plaintiff did not threaten the deputies, did not attempt to drive away, and did not make any sudden movements consistent with flight or assault at the moment the extraction was initiated. | 43A | 43A | "Admit ..." |

12

| # | Confirmed Undisputed Fact (Neutral, Minimum Admitted Content) | FAC (Doc. 4) ¶ | Answer (Doc. 10) ¶ | Verbatim Admission (Doc. 10) |
|---|---|---|---|---|
| 7 | After the extraction and before placement into the patrol vehicle, Plaintiff was brought to standing in close proximity to multiple deputies. | 52A | 52A | "Admit." |
| 8 | On February 20, 2024, Plaintiff was extracted and/or forcibly removed from his vehicle by law enforcement officers, including Deputy Joseph Michael O'Neill. | 45; 94 | 1; 94 | ¶1: "Admit that officer extracted Iraheta from this vehicle ... the date ..."; ¶94: "Admit ... officers forcibly removed Iraheta ..." |
| 9 | The B-pillar was used as a leverage point during the extraction. | 106; 110 | 106; 110 | "Admit the B-pillar is used as leverage ..." |
| 10 | Plaintiff's left glenohumeral dislocation occurred while Plaintiff was in custody. | 3 | 3 | "Admit the glenohumeral dislocation occurred while Iraheta was in custody ..." |
| 11 | Deputy O'Neill obtained a blood-search warrant. | 62 | 62 | "Admit." |
| 12 | During transport, Deputy O'Neill was listening to music. | 54 | 54 | "Admit O'Neill was listening to music ..." |
| 13 | At the hospital, another officer noticed an apparent issue with Plaintiff's shoulder. | 55 | 55 | "Admit another officer noticed an apparent issue with his shoulder." |
| 14 | Deputy O'Neill used Plaintiff's other arm to guide Plaintiff to his assigned hospital room. | 60; 98 | 60; 98 | ¶60: "Admit O'Neill used Iraheta's other arm to guide him ..."; ¶98: "Admit O'Neill had to guide Iraheta ..." |
| 15 | Deputy O'Neill moved Plaintiff's legs onto the hospital bed. | 61; 99 | 61; 99 | ¶61: "Admit O'Neill moved Iraheta's legs onto the bed ..."; ¶99: "Admit O'Neill had to place Iraheta's feet on the bed ..." |

13

| # | Confirmed Undisputed Fact (Neutral, Minimum Admitted Content) | FAC (Doc. 4) ¶ | Answer (Doc. 10) ¶ | Verbatim Admission (Doc. 10) |
|---|---|---|---|---|
| 16 | During the blood draw, Deputy O'Neill held/restrained Plaintiff's arm. | 63; 99 | 63; 99 | ¶63: "Admit O'Neill had to hold Iraheta's arm ..."; ¶99: "Admit ... had to restrain Iraheta's arm for the blood draw ..." |
| 17 | Plaintiff was diagnosed on February 21, 2024 with a left shoulder dislocation and humerus/greater tuberosity fracture; a closed reduction was performed; and immobilization by sling was ordered. | 65 | 65 | "Admit." |
| 18 | Hospital staff provided discharge paperwork to Deputy O'Neill, and Deputy O'Neill signed for receipt. | 68A | 68(a) | "Admit." |
| 19 | Intake screening documentation completed by Defendant Waddington documented "serious injury/hospitalization in last 90 days" and described "dx Shoulder." | 75 | 75 | "Admit." |
| 20 | Hospital paperwork was scanned into Plaintiff's jail medical chart. | 77; 78 | 77; 78 | ¶77: "Admit."; ¶78: "Admit the paperwork from the hospital was scanned in." |
| 21 | Jail staff created an appointment for the next day and later canceled it. | 79; 80 | 79; 80 | ¶79: "Admit ... created an appointment ... the next day."; ¶80: "Admit, the appointment was cancelled ..." |
| 22 | Deputy O'Neill has been publicly recognized at the Vehicular Crimes Awards ceremony for calendar years 2022, 2023, and 2024. | 85 | 85 | "Admit." |