IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Felix Iraheta | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 4:26-cv-01355 |
| | § | |
| Montgomery County Texas; Deputy Joseph | § | |
| Michael O'Neill; Deputy Nicholas Anthony | § | |
| Scinicariello; Specialist Timothy J. Boerema; | § | |
| Deputy Davis (BWC 16104); John Doe (BWC | § | |
| 13603); John Doe (BWC 15438); John Doe | § | |
| (BWC 14218); Hospital/Scene John Doe | § | |
| Deputy; Jail John Doe Officers 1-2; Emily | § | |
| Waddington (LVN); Etuge Anyangwe (FNP-C); | § | |
| Zakari Lobe (LVN); Ather Siddiqi, MD; | § | |
| *Defendants.* | § | **Jury Demanded** |

### DEFENDANTS O'NEILL, MONTGOMERY COUNTY, AND BOEREMA'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

TO THE HONORABLE CHARLES ESKRIDGE:

Defendants, Montgomery County, O'Neill, and Boerema file their joint response to

Iraheta's Motion for Leave to File his Second Amended Complaint, and show that the leave

should be denied.

### NATURE AND STAGE OF PROCEEDINGS

Iraheta seeks leave to amend so that he may identify four Defendants, three "John

Doe" and one "Deputy Davis (first name unknown) (BWC 16104)". *Doc. 20 pg. 2, see

also doc. 1 at pg. 6 ¶¶ 13 – 17, and doc. 4 at pgs. 7-8 ¶¶ 17-20 (Amended Complaint).*

### FACTS NECESSARY FOR RESOLUTION OF THE MOTION

Iraheta brought this suit on February 20, 2026 *(doc. 1)* complaining of actions that

occurred on February 20 – 21 of 2024 *(doc. 1 at pg. 2 ¶ 1, doc. 4 pg. 2 ¶ 1)*.  Iraheta claims

are pursuant to 42 U.S.C. § 1983.  *Doc. 4 at pg. 11 ¶ 33A*.

## ISSUE REQUIRING RESOLUTION

**Issue:**     Whether Iraheta's motion for leave to file a second amended complaint for the purpose of identifying "John Doe" defendants is futile because the statute of limitations has expired on the causes of action against those defendants.

## STANDARD OF REVIEW

It is Iraheta's burden to demonstrate that the proposed amended complaint relates

back to the original complaint (Iraheta filed the First Amended Complaint after the statute

of limitations expired).  *Al-Dahir v. F.B.I.,* 454 F.App'x 238, 242 (5th Cir.2011) (not

published) (citations omitted).

## ARGUMENT AND AUTHORITIES

The statute of limitations for §1983 suits is two years.  *Winzer v. Kaufman County,*

916 F.3d 464, 470 (5th Cir.2019) (citations omitted).  Iraheta filed his motion for leave to

substitute named defendants for the previously unidentified defendants on April 6, 2026;

well past the two-year statute of limitations.  *Doc. 20*.

As to Deputy Davis, the purpose of Iraheta's motion is unclear.  As to the "John

Doe" Defendants, the case law is clear, the proposed amendment does not relate back to

the original filing date.  *Winzer,* 916 F.3d at 470. (citing, among others, *Jacobsen v.

Osborne,* 133 F.3d 315, 319-22 (5th Cir.1998) (The seminal Fifth Circuit case holding that

an amendment seeking to substitute a named defendant for "John Doe" does not relate back

to the original filing)).

It is not an abuse of discretion for this Court to deny, as futile, Iraheta's motion for

leave to amend for the purpose adding time-barred claims.  *Winzer,* 916, F.3d at 471.

## CONCLUSION

Because the law is clear that it would be futile for Iraheta to amend for the purpose

of identifying the "John Doe" defendants, this Court should deny his motion for leave.

## PRAYER

Defendants pray that this Court deny Iraheta's Motion for Leave to Amend and for

all other relief to which they may be entitled.

<div style="margin-left:50%">

Respectfully submitted,

BY: _s/ Daniel Plake_____
Daniel Plake
Assistant Montgomery County Attorney
Texas Bar No. 24062942
Federal ID No. 918023
Daniel.plake@mctx.org
501 N. Thompson St. Suite 100
Conroe, TX 77301
Phone:                (936) 539-7828
Facsimile:    (936) 538-8079
ATTORNEY FOR DEFENDANTS
MONTGOMERY COUNTY, O'NEILL,
AND BOEREMA

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2026 a true and correct copy of the foregoing instrument was forwarded via electronic delivery pursuant to the local rules or United States Mail pursuant to Federal Rule of Civil Procedure to the following:

Orlando Rodriquez
4900 Fournace Place, Suite 460
Bellaire, Texas 77401
efile@orodriguezlaw.com
*Attorney for Plaintiff*

<div style="margin-left:50%">

s/ Daniel Plake

</div>