IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Felix Iraheta | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 4:26-cv-01355 |
| | § | |
| Montgomery County Texas; Deputy Joseph | § | |
| Michael O'Neill; Deputy Nicholas Anthony | § | |
| Scinicariello; Specialist Timothy J. Boerema; | § | |
| Deputy Davis (BWC 16104); John Doe (BWC | § | |
| 13603); John Doe (BWC 15438); John Doe | § | |
| (BWC 14218); Hospital/Scene John Doe | § | |
| Deputy; Jail John Doe Officers 1-2; Emily | § | |
| Waddington (LVN); Etuge Anyangwe (FNP-C); | § | |
| Zakari Lobe (LVN); Ather Siddiqi, MD; | § | |
| *Defendants.* | § | **Jury Demanded** |

**DEFENDANTS O'NEILL, MONTGOMERY COUNTY, AND BOEREMA'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

On this day, this Court considered Iraheta's Motion for leave to file his Second Amended Complaint. After considering the pleadings, evidence, and arguments of counsel, **the Court FINDS**:

1. Iraheta seeks leave to amend for the purpose of adding named defendants in place of defendants previously identified as "John Doe."

2. The claims are based on events that occurred on February 20-21, 2024.

3. Iraheta filed his motion for leave on April 6, 2026.

   **The Court HOLDS**:

4. The statute of limitations on Iraheta's §1983 causes of action against the "John Doe" defendants is two years.

5. The statute of limitations on Iraheta's causes of action against the "John Doe" defendants expired on February 20 and 21, 2026.

6. As to the "John Doe" Defendants, the proposed Second Amended Complaint does not relate back to the Complaint.

7. The claims against the "John Doe" defendants are time barred.

8. It would be futile for Iraheta to amend his First Amended Complaint with the time barred claims.

The Court therefore DENIES the motion for leave to amend.

Signed _____, 2026

_____
Hon. Charles Eskridge
United States District Judge