**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

FELIX IRAHETA,

*Plaintiff,*

v.

MONTGOMERY COUNTY, TEXAS,
et al.,

*Defendants.*

Civil Action No. 4:26-cv-01355

**PLAINTIFF'S SUPPLEMENT TO MOTION FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT**

### I. Nature and Stage of Proceeding

Plaintiff's Motion for Leave to File Second Amended Complaint (Doc. 20) remains pending. Plaintiff filed that motion to make substitution-only amendments identifying certain previously pleaded defendants by their true names.

After Plaintiff filed Doc. 20, Defendants filed an Amended Certificate of Interested Parties identifying the previously pleaded "Hospital/Scene John Doe Deputy" as Deputy Joshua Wright. See Exhibit B.

Plaintiff files this Supplement solely to request leave to include that additional substitution in the same Second Amended Complaint previously submitted with

Doc. 20, so that the correct individual may be served and the case may proceed efficiently.

## II. Relief Requested

Plaintiff requests that the Court grant leave for Plaintiff to file Exhibit A (Revised), Plaintiff's Revised Proposed Second Amended Complaint and Demand for Jury Trial, which:

- substitutes Deputy Joshua Wright in place of the previously pleaded "Hospital/Scene John Doe Deputy," consistent with Defendants' Amended Certificate of Interested Parties (Exhibit B);

- retains the same substitution-only identifications requested in Doc. 20; and

- is otherwise unchanged in substance from the First Amended Complaint except for strictly necessary conforming edits.

Plaintiff does not seek to rename or remove any remaining Doe defendants.

## III. Argument

The requested amendment is substitution-only. It does not add new claims, new legal theories, or materially new factual allegations. Defendants themselves provided the identification of Deputy Joshua Wright in a filed certificate. Allowing this limited substitution at this stage will facilitate prompt issuance of

summons and service on the correctly identified individual, and will promote orderly case management.

### IV. Conclusion

Plaintiff respectfully requests that the Court grant this Supplement and grant leave for Plaintiff to file Exhibit A (Revised).

Respectfully submitted,

**O. RODRIGUEZ LAW, PLLC**

*/s/ Orlando Rodriguez*
ORLANDO RODRIGUEZ
Attorney-in-Charge
State Bar No. 24037382
S.D. Tex. Bar No. 3944531
700 Louisiana St., Suite 3950
Houston, Texas 77002
Telephone: (713) 239-2300
Email: efile@orodriguezlaw.com

ATTORNEY FOR PLAINTIFF

### CERTIFICATE OF CONFERENCE

On April 15, 2026, counsel for Plaintiff conferred in good faith by email with counsel for Defendants (Daniel Plake) regarding the relief requested in this Supplement. As of the time of filing, Defendants have not provided their position.

*/s/ Orlando Rodriguez*

## CERTIFICATE OF SERVICE

I certify that on April 15, 2026, a true and correct copy of the foregoing

was served via the Court's CM/ECF system upon all counsel of record.


*/s/ Orlando Rodriguez*