IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Felix Iraheta | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 4:26-cv-01355 |
| | § | |
| Montgomery County Texas; Deputy Joseph | § | |
| Michael O'Neill; Deputy Nicholas Anthony | § | |
| Scinicariello; Specialist Timothy J. Boerema; | § | |
| Deputy Davis (BWC 16104); John Doe (BWC | § | |
| 13603); John Doe (BWC 15438); John Doe | § | |
| (BWC 14218); Hospital/Scene John Doe | § | |
| Deputy; Jail John Doe Officers 1-2; Emily | § | |
| Waddington (LVN); Etuge Anyangwe (FNP-C); | § | |
| Zakari Lobe (LVN); Ather Siddiqi, MD; | § | |
| *Defendants.* | § | **Jury Demanded** |

**DEFENDANTS O'NEILL'S, MONTGOMERY COUNTY'S, AND BOEREMA'S
AMENDED CERTIFICATE OF INTERESTED PARTIES**

TO THE HONORABLE CHARLES ESKRIDGE:

Defendants, Montgomery County, O'Niell, and Boerema, identify the following as

interested parties:

1.  Felix Iraheta, Plaintiff

2.  Montgomery County, Texas, Defendant

3.  Deputy Joseph Michael O'Neill, Defendant

4.  Deputy Nicholas Anthony Scinicariello, Defendant

5.  Specialist Timothy J. Boerema, Defendant

6.  Deputy Davis (BWC 16104); Deputy Jackson Davis

7.  John Doe (BWC 13603); Deputy William Southern

8.  John Doe (BWC 15438); Deputy Mario Romero

9.  John Doe (BWC 14218); Deputy Carlos Herrera, Jr.

10. Hospital/Scene John Doe Deputy; Joshua Wright.

11. Jail John Doe Officer 1; Defendants are unable to identify this officer from the information provided.

12. Jail John Doe Officer 2; Defendants are unable to identify this officer from the information provided.

13. Emily Waddington (LVN);

14. Etuge Anyangwe (FNP-C);

15. Zakari Lobe (LVN);

16. Ather Siddiqi, MD;

17. Mark Keough, County Judge, Montgomery County, Texas

18. Ritch Wheeler, County Commissioner, Montgomery County, Texas

19. Charlie Riley, County Commissioner, Montgomery County, Texas

20. Matthew Gray, County Commissioner, Montgomery County, Texas

21. Robert Walker, County Commissioner, Montgomery County, Texas

Respectfully submitted,

BY:_____s/ Daniel Plake_____
Daniel Plake
Assistant Montgomery County Attorney
Texas Bar No. 24062942
Federal ID No. 918023
Daniel.plake@mctx.org
501 N. Thompson St. Suite 100
Conroe, TX 77301
Phone:                (936) 539-7828

Facsimile:    (936) 538-8079
ATTORNEY FOR DEFENDANTS
MONTGOMERY COUNTY, O'NEILL,
AND BOEREMA

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2026 a true and correct copy of the foregoing instrument was forwarded via electronic delivery pursuant to the local rules or United States Mail pursuant to Federal Rule of Civil Procedure to the following:

Orlando Rodriquez
4900 Fournace Place, Suite 460
Bellaire, Texas 77401
efile@orodriguezlaw.com
*Attorney for Plaintiff*

s/ Daniel Plake