## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

FELIX IRAHETA,

     *Plaintiff,*

v.

MONTGOMERY COUNTY, TEXAS,
et al.,

     *Defendants.*

Civil Action No. 4:26-cv-01355

## ORDER GRANTING PLAINTIFF'S SUPPLEMENT TO MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Before the Court is Plaintiff's Supplement to Motion for Leave to File Second Amended Complaint.

IT IS ORDERED that Plaintiff's Supplement is GRANTED.

IT IS FURTHER ORDERED that Plaintiff is granted leave to file the Revised Proposed Second Amended Complaint attached as Exhibit A (Revised).

SIGNED on _____, 2026.


_____
CHARLES ESKRIDGE
UNITED STATES DISTRICT JUDGE