**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

Civil Action No. 4:26-cv-01355

---

# EXHIBIT B

Email from Defense Counsel Directing
Communications Through Counsel (March 5, 2026)

---

Filed in Support of Plaintiff's Reply in Support of
Motion for Leave to File Second Amended Complaint (Doc. 20)

**From: Plake, Daniel** daniel.plake@mctx.org
**Subject:** Iraheta v. MOCO, et al
**Date:** March 5, 2026 at 08:52
**To:** efile@orodriguezlaw.com
**Cc:** Plake, Daniel daniel.plake@mctx.org, Anderson, Adam adam.anderson@mctx.org

Mr. Rodriguez,

My client received the attached letter directly from you.   You are aware that the County is represented by the County Attorney as evidence by your February 25, 2026 letter directly to the County Attorney and Assistant County Attorney Anderson.

Cease all direct contact with my client.

**Daniel Plake**
**Assistant County Attorney**
*Chief – Litigation Section*

B. D. Griffin
County Attorney Montgomery County, Texas
501 N. Thompson, Suite 300
Conroe, TX 77301
Telephone:  936 539 7828
Direct line:   936 539 7992
Cellular:       713-899-5805
Facsimile:     936 760 6920

preservation letter to sheriff.pdf