**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

Civil Action No. 4:26-cv-01355

---

# EXHIBIT C

Plaintiff's Letter to Defense Counsel Re Doe Identification
and Conferral Confirmation (April 8, 2026)

---

Filed in Support of Plaintiff's Reply in Support of
Motion for Leave to File Second Amended Complaint (Doc. 20)

**O. RODRIGUEZ LAW, PLLC**
700 Louisiana St, Suite 3950
Houston, TX 77002

April 8, 2026

Via email and U.S. Mail

**Daniel Plake, Assistant County Attorney**
Chief, Litigation Section
501 N. Thompson Street, Suite 300
Conroe, Texas 77301
Daniel.Plake@mctx.org

> Re: *Iraheta v. Montgomery County, Texas, et al.*
> Identification of Hospital/Scene John Doe Deputy and Preservation

Counsel:

I write to confirm our conferral and your representation that as of April 2, 2026, Defendants have not identified the MCSO deputy pleaded as "Hospital/Scene John Doe Deputy," i.e., the deputy who, in the emergency-department hallway, is heard warning Plaintiff that noncompliance would "further hurt" and/or "further injure" Plaintiff's shoulder.

Because timely identification and service of this individual is important to orderly litigation, and because the identity of this deputy is uniquely ascertainable from records and electronically stored information within Defendants' possession, custody, or control (including CAD/AVL histories, Axon device-to-user assignment records, and shift/assignment rosters), Plaintiff requests Defendants' cooperation in completing the targeted identification steps below and providing the deputy's identity by a date certain.

**1. Identification request (time-certain)**

Please provide by **April 15, 2026** (five business days) the following:

(a) Full name, badge/unit number, and employing entity of the Hospital/Scene deputy;

(b) Whether that deputy was equipped with a body-worn camera and, if so, the device identifier and any Axon/Evidence.com assignment identifier reflecting the user assigned to the device during the relevant time period;

(c) The deputy's role in the custodial chain at the hospital and time-in/time-out at the hospital.

**2. Video-based identification information (for identification purposes only)**

For identification purposes only, the Hospital/Scene deputy is seen and/or heard on the following recordings produced by Defendants in connection with their Rule 12 motion (Doc. 13-1):

(a) **Defendants' Exhibit 1** (remove from vehicle; X2_test/SafeFleet BWC; start 22:48:08 on 02/20/2024): Deputy visible from approximately 22:51:55 through 22:53:59. Blonde hair, heavy set, young male, in MCSO uniform. Present during post-extraction custody at Market Street.

(b) **Defendants' Exhibit 2** (escort to hospital room and place on bed; X2_test/SafeFleet BWC; start 00:00:28 on 02/21/2024): Deputy visible and audible throughout the 1:05 clip. At approximately 00:00:28, deputy states: "We're supposed to take you to Room 10." At approximately 00:00:30, deputy states: **"And further hurt your shoulder."** At approximately 00:01:07, deputy assists placing Plaintiff on hospital bed in Room 10.

(c) **Defendants' Exhibit 3** (blood draw; X2_test/SafeFleet BWC; start 00:24:17 on 02/21/2024): Deputy visible in Room 10 (E1-634) at bedside during the compelled blood-draw procedure. Standing near Plaintiff's bed throughout the clip.

Attached are:

(i) a Doe identification matrix documenting each appearance by video source, timestamp, and observable conduct (Attachment 1); and

(ii) four still images captured from the timestamps above, solely to assist identification (Attachment 2, previously transmitted via email on April 2, 2026).

**3. Specific repositories to search (and confirm in writing)**

**O. RODRIGUEZ LAW, PLLC**
700 Louisiana St, Suite 3950
Houston, TX 77002

If Defendants contend they cannot identify the Hospital/Scene deputy by April 15, 2026, please confirm in writing by that same deadline:

(a) the specific steps taken to identify the deputy;

(b) the specific repositories searched; and

(c) the steps that remain, with a date certain for completion.

At minimum, Plaintiff requests that Defendants search, preserve, and (to the extent readily available) disclose the results of the following repositories sufficient to identify the deputy:

(1) CAD/AVL unit list and unit history for the hospital location and relevant time window;

(2) Axon device-to-user assignment records for all BWCs active during the hospital phase;

(3) Any hospital custody log / security log / prisoner escort log to the extent in County possession, custody, or control (or otherwise obtainable by County in the ordinary course of business);

(4) MCSO shift roster / supervisor duty sheet for the relevant time window;

(5) Any use-of-force review packet, supervisor review documents, or incident file reflecting hospital custody/escort.

### 4. Preservation confirmation

Please confirm that Defendants are preserving, without alteration, deletion, or overwriting, all native recordings, metadata, and audit logs for the incident and custodial sequence, including device-assignment records and any access/export/redaction/muting logs.

### 5. Consent to substitution and waiver of service

Once Defendants provide the identity of the Hospital/Scene deputy, Plaintiff requests Defendants' written position within three business days on:

(a) consent to substitution of the deputy's true name; and

(b) whether Defendants will accept a waiver of service for that deputy.

If Defendants do not consent and/or decline waiver, Plaintiff will proceed promptly with the appropriate amendment and formal service.

## 6. Next steps if unresolved

Absent timely identification or the written confirmation of the targeted search protocol described above, Plaintiff will present the issue in the Joint Discovery/Case Management Plan and will seek appropriate relief consistent with Judge Eskridge's procedures.

Sincerely,

*/s/ Orlando Rodriguez*
Attorney for Plaintiff

Attachments:
   1. Doe Identification Matrix (Attachment 1)
   2. Still images (for identification only) (Attachment 2, previously transmitted 04/02/2026)