CAUSE NO. 4:26-cv-01355

| | | |
|---|---|---|
| FELIX IRAHETA | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| MONTGOMERY COUNTY, TEXAS, DEPUTY JOSEPH MICHAEL O'NEILL, DEPUTY NICHOLAS ANTHONY SCINICARIELLO, SPECIALIST TIMOTHY J. BOEREMA, DEPUTY DAVIS (FIRST NAME UNKNOWN) (BWC 16104), JOHN DOE (BWC 13603), JOHN DOE (BWC 15438), JOHN DOE (BWC 14218), HOSPITAL/SCENE JOHN DOE DEPUTY, JAIL JOHN DOE OFFICERS 1–2, EMILY WADDINGTON (LVN), ETUGE ANYANGWE (FNP-C), ZAKARI LOBE (LVN), ATHER SIDDIQI, MD, | § | |
| Defendant. | § | IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION |

## AFFIDAVIT OF SERVICE

"The following came to hand on **Mar 30, 2026, 8:34 am**,

**SUMMONS IN A CIVIL ACTION, PLAINTIFF'S FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL,**

and was executed at **3200 PEEK ROAD APT 1212, KATY, TX 77449** within the county of **HARRIS** at **10:33 AM** on **Tue, Apr 21 2026**, by delivering a true copy to the within named

**ETUGE ANYANGWE (FNP-C),**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Marielle Zick**, I am at least 18 years old, and my address is **14718 CYPRESS RIDGE DR, CYPRESS, TX 77429**, and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **HARRIS** County, State of **TX**, on **April 22, 2026**.

Marielle Zick
Certification Number: PSC-14940
Certification Expiration: 05/31/2026