IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Felix Iraheta | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 4:26-cv-01355 |
| | § | |
| Montgomery County Texas; Deputy Joseph | § | |
| Michael O'Neill; Deputy Nicholas Anthony | § | |
| Scinicariello; Specialist Timothy J. Boerema; | § | |
| Deputy Davis (BWC 16104); John Doe (BWC | § | |
| 13603); John Doe (BWC 15438); John Doe | § | |
| (BWC 14218); Hospital/Scene John Doe | § | |
| Deputy; Jail John Doe Officers 1-2; Emily | § | |
| Waddington (LVN); Etuge Anyangwe (FNP-C); | § | |
| Zakari Lobe (LVN); Ather Siddiqi, MD; | § | |
| *Defendants.* | § | **Jury Demanded** |

**DEFENDANTS DEPUTY DAVIS' AND DEPUTY SCINICARIELLO'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

TO THE HONORABLE CHARLES ESKRIDGE:

Defendants Deputy Davis (BWC 16104) and Deputy Nicholas Anthony Scinicariello file their *Motion to Dismiss for Failure to State a Claim Upon with Relief can be Granted*.

Deputy Davis and Scinicariello adopt the arguments, standard of review, and facts presented in *Defendants Deputy O'Neill's and Montgomery County's Motion for Judgment on the Pleadings and Specialist Boerema Motion to Dismiss for Failure to State a Claim Upon with Relief can be Granted ("MOCO MTD"),* and incorporates the MOCO MTD by reference with the following changes or additions. *Doc. 13*.

### Deputy Davis

1. Deputy Davis is a peace officer employed by the Montgomery County Sheriff's Office who at all relevant times was acting under color of state law. *Doc. 4 at pg. 7 ¶ 17.*

2. Davis was present at both the Market Street scene (arrest) and hospital (escort to his hospital room and blood draw). *Doc. 4 at pg. 7 ¶ 17 and pg. 36 ¶ 115.*

3. Davis was a trainee working under O'Neill. *Doc. 4 at pg. 17 ¶ 52E.*

4. Davis adopts Boerema's argument in Issue 5 of the MOCO MTD, specifically, Iraheta's failure to state a violation of his Constitutional rights necessarily means he cannot state a valid failure to intervene claim against Davis.

**Deputy Scinicariello**

1. Scinicariello is a peace officer employed by the Montgomery County Sheriff's Office who at all relevant times was acting under color of state law. *Doc. 4 at pg. 6 ¶ 15.*

2. Scinicariello assisted O'Neill in removing Iraheta from his vehicle. *Doc. 4 at pg. 14 ¶ 45.*

3. Scinicariello adopts O'Neill's argument in Issue 1, except as a Motion to Dismiss pursuant to Rule 12(b)(6), rather than 12(c).

## CONCLUSION

Because Iraheta failed to state a valid cause of action against either Defendant, they seek dismissal with prejudice pursuant to Rule 12(b)(6).

## PRAYER

Defendants pray this Court dismiss all causes of action against them with prejudice, and for all other relief to which it may be entitled.

Respectfully submitted,

BY:_____s/ Daniel Plake_____
Daniel Plake
Assistant Montgomery County Attorney
Texas Bar No. 24062942
Federal ID No. 918023
Daniel.plake@mctx.org
501 N. Thompson St. Suite 100
Conroe, TX 77301
Phone:        (936) 539-7828
Facsimile:    (936) 538-8079
ATTORNEY FOR DEFENDANTS
MONTGOMERY COUNTY, O'NEILL,

BOEREMA, DAVIS AND
SCINICARIELLO

## CERTIFICATE OF CONFERENCE

I conferenced with opposing counsel by both email regarding this motion. He is opposed to relief sought.

s/ Daniel Plake

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2026 a true and correct copy of the foregoing instrument was forwarded via electronic delivery pursuant to the local rules or United States Mail pursuant to Federal Rule of Civil Procedure to the following:

Orlando Rodriquez
4900 Fournace Place, Suite 460
Bellaire, Texas 77401
efile@orodriguezlaw.com
*Attorney for Plaintiff*

Colin P. Goodman, Attorney-in-Charge
Spencer Fane, LLP
3040 Post Oak Boulevard, Suite 1400
Houston, Texas 77056
cgoodman@spencerfane.com
Attorney for Defendant Ather Siddiqi, M.D.

s/ Daniel Plake

## CERTIFICATE OF WORD COUNT

I hereby certify that this document contains 327 words as calculated by Word, excluding the case caption, table of contents, table of authorities, signature block and certificates.

s/ Daniel Plake