# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

FÉLIX IRAHETA, Plaintiff, v. MONTGOMERY COUNTY, TEXAS, et al., Defendants.

Civil Action No. 4:26-cv-01355

---

# PLTF EX. D

Supplemental Exhibit Index: Newly Produced Contemporaneous BWC Angles

---

*Filed in Support of Plaintiff's Response in Opposition to Doc. 40*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

FELIX IRAHETA,

    *Plaintiff,*

v.

MONTGOMERY COUNTY, TEXAS,
et al.,

    *Defendants.*

Civil Action No. 4:26-cv-01355

## PLTF EX. D — SUPPLEMENTAL EXHIBIT INDEX
### NEWLY PRODUCED CONTEMPORANEOUS BWC ANGLES

This index identifies the newly produced contemporaneous body-worn camera recordings referenced in Plaintiff's Response in Opposition to Doc. 40 and delivered in native format via USB. These recordings were produced by Defendants after the filing of Doc. 13 and are submitted for the limited Rule 12 purpose described in the Response: to demonstrate that Defendants' bounded excerpt windows do not foreclose Plaintiff's pleaded account.

**Timestamp legend:** Unless otherwise stated, timestamps refer to the on-screen time-of-day overlay (military time) within the referenced recording.

| Pltf Exhibit | Source / Device | MOCO File ID | Date | Time Range | Description |
|---|---|---|---|---|---|
| D-1 | Wright BWC 13077 | MOCO0225 | 02/20/2024 | 22:51:12–22:53:10 | Wright arrival during extraction/placement window; confirms multi-officer scene. |
| D-2 | Wright BWC 13077 | MOCO0226 | 02/20/2024 | 22:53:31–22:54:21+ | Audio engages during SUV placement; captures dislocation statement (22:53:41), post-extraction force characterization (22:54:11), and chuckle (22:54:21). |
| D-3 | Wright BWC 13077 | MOCO0227 | 02/20/2024 | 23:36:50–23:39:58 | Hospital shoulder identification and pain-limited movement in close proximity to officers. |
| D-4 | Wright BWC 13077 | MOCO0228 | 02/20/2024 | 23:57:50+ | Medical instruction to "hang tight"; supports pain-limited compliance inference. |
| D-5 | Wright BWC 13077 | MOCO0229 | 02/21/2024 | 00:01:04–00:01:25+ | Hospital corridor: "I'm hurt" / "Yeah, we know" exchange; explicit injury acknowledgment by officers. |
| D-6 | Wright BWC 13077 | MOCO0230 | 02/21/2024 | [see native file] | Additional Wright BWC segment; submitted for completeness of the Wright POV set. |
| D-7 | Scinicariello BWC 14163 | MOCO0232 | 02/20/2024 | 22:51:09–22:54:21+ | Scinicariello POV of extraction, post-extraction handling, handcuffing, and SUV placement sequence. |
| D-8 | BWC 14218 | MOCO0234 | 02/20/2024 | 22:51:10+ | Alternate-angle extraction mechanics; captures both officers pulling Plaintiff with left arm in abnormal position. |

\* Video files are delivered on USB to the Case Manager for Judge Eskridge and to Defendants' counsel.