# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

FELIX IRAHETA, Plaintiff, v. MONTGOMERY COUNTY, TEXAS, et al., Defendants.

Civil Action No. 4:26-cv-01355

---

# PLTF EX. E

Crosswalk: Defendants' Doc. 13-1 Bounded Excerpts vs. Plaintiff's Newly Produced Angles

---

*Filed in Support of Plaintiff's Response in Opposition to Doc. 40*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

FELIX IRAHETA,

    *Plaintiff,*

v.

    Civil Action No. 4:26-cv-01355

MONTGOMERY COUNTY, TEXAS,
et al.,

    *Defendants.*

**PLTF EX. E — CROSSWALK**

**DEFENDANTS' DOC. 13-1 BOUNDED EXCERPTS VS.**
**PLAINTIFF'S NEWLY PRODUCED ANGLES**

This crosswalk maps each of Defendants' four bounded excerpt windows (Doc. 13-1, Exs. 1–4) to Plaintiff's newly produced contemporaneous BWC angles (Pltf Ex. D) and, where applicable, to bridge context and second-angle recordings previously submitted at Doc. 18. The crosswalk is submitted for the limited Rule 12 purpose described in Plaintiff's Response: to demonstrate that additional contemporaneous angles preserve competing reasonable inferences that Defendants' bounded excerpts do not foreclose.

| Defs. Exhibit | Episode | Defs. Clip Window | Plaintiff's Newly Produced Counter-Angle(s) | Why Excerpts Are Not Dispositive |
|---|---|---|---|---|
| Defs. Ex. 1 | Extraction / placement | 22:48:08–22:53:59 | MOCO0232 (Scinicariello POV) [D-7]<br><br>MOCO0234 (BWC 14218) [D-8]<br><br>MOCO0225 (Wright POV) [D-1]<br><br>MOCO0226 (Wright POV) [D-2] | Multiple contemporaneous angles preserve competing inferences re extraction mechanics, pain vocalization, injury-obviousness, post-extraction force characterization, and SUV placement sequence. |
| Defs. Ex. 2 | Hospital hallway / bed | 00:00:28–00:01:33 | MOCO0229 (Wright POV) [D-5]<br><br>Pltf 1.14, 1.15 (Davis BWC) [Ex. C, Doc. 18-3] | Wright POV captures "I'm hurt" / "Yeah, we know" exchange; Davis second angle previously submitted. Forward-facing excerpt does not eliminate competing inferences re compliance and injury awareness. |
| Defs. Ex. 3 | Blood draw | 00:24:17–00:30:10 | MOCO0227 (Wright POV) [D-3]<br><br>MOCO0228 (Wright POV) [D-4] (Pre-blood-draw hospital context) | Wright POV recordings from the earlier hospital phase capture shoulder identification and medical instructions; provide context for the restraint-during-blood-draw episode. Bridge context (Pltf 1.9) previously submitted at Doc. 18-2. |
| Defs. Ex. 4 | Discharge / continuity | 01:15:19–01:17:00 | No newly produced angle in this window. Bridge context (Pltf 1.10) at Doc. 18-2. | Plaintiff relies on bridge context previously submitted. Discharge paperwork and bounded clip do not eliminate competing inferences re interference and continuity-of-care failures. |