**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| FELIX IRAHETA, | Civil Action No. 4:26-cv-01355 |
| *Plaintiff,* | |
| v. | Jury Demanded |
| MONTGOMERY COUNTY, TEXAS, | |
| et al., | |
| *Defendants.* | |

**ORDER**

Before the Court is Defendants Deputy Davis' and Deputy Scinicariello's Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted (Doc. 40) and Plaintiff's Response in Opposition (Doc. ___). Having considered the motion, the response, the pleadings, and the applicable law, the Court finds as follows.

It is hereby **ORDERED** that Defendants' Motion to Dismiss (Doc. 40) is **DENIED**.

SIGNED at Houston, Texas, on this _____ day of _____, 2026.

_____
**CHARLES ESKRIDGE**
UNITED STATES DISTRICT JUDGE