**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| FELIX IRAHETA, | |
|     *Plaintiff,* | Civil Action No. 4:26-cv-01355 |
|     v. | |
| MONTGOMERY COUNTY, TEXAS, et al., | Jury Demanded |
|     *Defendants.* | |

**Plaintiff's Unopposed Motion for Expedited
Consideration of Doc. 20**

Plaintiff Félix Iraheta respectfully moves for expedited consideration of Plaintiff's Motion for Leave to File Second Amended Complaint (Doc. 20). All parties are unopposed.

**The motion is fully briefed and ready for ruling.**

Plaintiff filed the Motion for Leave (Doc. 20). on April 6, 2026. Defendants filed a response (Doc. 26). on April 14, 2026. Plaintiff filed a reply (Doc. 28). and a revised proposed amended complaint (Doc. 27) on April 15, 2026. The motion is fully briefed and ripe for ruling. The Court has reset the initial pretrial conference to June 17, 2026 (Doc. 22).

Plaintiff requests that the Court consider Doc. 20 on an expedited basis and enter a prompt ruling so that summons may issue and service may be completed on the newly named deputy defendants identified by Defendants in their Certificates of Interested Parties (Docs. 16 and 23). Plaintiff's requested amendment conforms party names to identifications already supplied by Defendants on the docket. Defendants' identification of the Hospital/Scene John Doe Deputy as Deputy Joseph Wright (Doc. 23), together with the recently produced recordings associated with that deputy, further confirms the need for prompt party alignment for service and orderly case management.

A prompt ruling will facilitate issuance of summons, timely service, and orderly party alignment in advance of the June 17, 2026 IPC Each day without leave is a day Plaintiff cannot serve newly named defendants, which compresses the time for those defendants to appear, retain counsel, and participate meaningfully in the conference.

**Defendants do not oppose expedited consideration.**

Counsel for Plaintiff conferred with counsel for the Montgomery County Defendants and with counsel for Defendant Dr. Siddiqi regarding expedited consideration. The Montgomery County Defendants are unopposed, as confirmed

by defense counsel's email dated April 21, 2026 (attached as Exhibit 1). Counsel for

Defendant Dr. Siddiqi is unopposed, as confirmed by email dated May 7, 2026.

A proposed order is submitted herewith.

Respectfully submitted,

**O. RODRIGUEZ LAW, PLLC**

*/s/Orlando Rodriguez*
**ORLANDO RODRIGUEZ**
State Bar No. 24037382
700 Louisiana St., Suite 3950
Houston, Texas 77002
Telephone: (713) 239-2300
Email: efile@orodriguezlaw.com
**ATTORNEY FOR PLAINTIFF**

## Certificate of Service

I certify that on May 7, 2026, a true and correct copy of the foregoing Unopposed

Motion for Expedited Consideration, Exhibit 1, and Proposed Order were served on all

counsel of record via the Court's CM/ECF electronic filing system.

*/s/ Orlando Rodriguez*