**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Civil Action No. 4:26-cv-01355

---

# EXHIBIT 1

Email from Defense Counsel Confirming Defendants Are
Unopposed to Expedited Consideration (April 21, 2026)

---

Filed in Support of Plaintiff's Unopposed Motion for Expedited
Consideration of Plaintiff's Motion for Leave to File Second
Amended Complaint (Doc. 20)

**From:** **Plake, Daniel** daniel.plake@mctx.org
**Subject:** RE: [External] Iraheta v. Montgomery County, No. 4:26-cv-01355 — Request for Defendants' position re expedited consideration of Doc. 20
**Date:** April 21, 2026 at 09:42
**To:** O Rodriguez Law, PLLC efile@orodriguezlaw.com
**Cc:** Gonzalez, Sara sara.gonzalez@mctx.org, IrahetavMontgomeryCocvZ28826@orodriguezlaw.filevineapp.com, FelixIrahetaZ27306@orodriguezlaw.filevineapp.com

Unopposed to the expedited consideration.


**From:** O Rodriguez Law, PLLC <efile@orodriguezlaw.com>
**Sent:** Monday, April 20, 2026 6:28 PM
**To:** Plake, Daniel <daniel.plake@mctx.org>
**Cc:** Gonzalez, Sara <sara.gonzalez@mctx.org>; IrahetavMontgomeryCocvZ28826@orodriguezlaw.filevineapp.com; FelixIrahetaZ27306@orodriguezlaw.filevineapp.com
**Subject:** [External] Iraheta v. Montgomery County, No. 4:26-cv-01355 — Request for Defendants' position re expedited consideration of Doc. 20

**CAUTION: This email originated from outside of Montgomery County, Texas! Do not click links, open attachments or reply, unless you recognize the sender's email address and know the content is safe!**

_____


Counsel,

I intend to file a motion requesting expedited consideration of Plaintiff's Motion for Leave to File Second Amended Complaint (Doc. 20), which is fully briefed (Docs. 20, 26, 28) and directed to substitution-only amendments based on Defendants' Certificates of Interested Parties.

Please advise by tomorrow at 12:00 p.m. whether Defendants' position on expedited consideration is unopposed or opposed.

If you prefer to discuss by phone, I am available today/tomorrow at 9:00 a.m. or 10:30 a.m.


Thank you,


Orlando Rodriguez
O. Rodriguez Law, PLLC

700 Louisiana Street, 39th Floor, Suite 3950
Houston, Texas 77002
(713) 239-2300