**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| FELIX IRAHETA, | |
| *Plaintiff,* | Civil Action No. 4:26-cv-01355 |
| v. | |
| MONTGOMERY COUNTY, TEXAS, et al., | Jury Trial Demanded |
| *Defendants.* | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
FOR EXPEDITED CONSIDERATION OF DOC. 20**

The Court considered Plaintiff's Unopposed Motion for Expedited Consideration of Plaintiff's Motion for Leave to File Second Amended Complaint (Doc. 20). The motion is GRANTED.

Doc. 20 will be considered on an expedited basis. The Court will rule on Doc. 20 by separate order.

SIGNED this _____ day of _____, 2026.

_____
Charles Eskridge
**United States District Judge**