United States District Court
Southern District of Texas
**ENTERED**
May 12, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **FELIX IRAHETA,** | § | Civil Action No. |
| *Plaintiff,* | § | **4:26−cv−01355** |
| | § | |
| vs. | § | |
| | § | |
| **MONTGOMERY COUNTY** | § | **Judge Charles Eskridge** |
| **TEXAS, et al.,** | § | |
| *Defendants.* | § | |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED THAT Defendant, Etuge Anyangwe, FNP-C's deadline to file their initial responsive pleading is hereby extended through and including May 26, 2026, as agreed to by the parties. This extension shall not apply to any other deadlines, including discovery or case management obligations that may arise from the Joint Discovery and Case Management Plan once filed.

Dated: May 8, 2026.

_____
HON. CHARLES ESKRIDGE
UNITED STATES DISTRICT JUDGE

**AGREED IN FORM AND SUBSTANCE:**

**Nichols Weitzner Thomas, LLP**

*/s/ Gregorio Flores*
Melanie Rubinsky
mrubinsky@nwtlaw.com
Texas Bar No.: 50511615
Federal I.D.: 24170
Scott Nichols
snichols@nwtlaw.com

Texas Bar No. 14994100
Federal I.D. No.:  8844
Gregorio Flores
gflores@nwtlaw.com
Texas Bar No. 24116367
Federal I.D. No.: 3935543
2402 Dunlavy Street, Suite 2000
Houston, Texas 77006
(713) 405-3336 (Telephone)
(346) 299-5205 (Facsimile)
**ATTORNEYS FOR DEFENDANT**
**ETUGE ANYANGWE, FNP-C**

**-and-**

**O. RODRIGUEZ LAW, PLLC**

*/s/ Orlando Rodriguez (with permission)*
Orlando Rodriguez
State Bar No. 24037382
Federal I.D. No.: 3944531
4900 Fournace Place, Suite 460
Bellaire, Texas 77401
Telephone: (713) 239-2300
Email: efile@orodriguezlaw.com
**ATTORNEY FOR PLAINTIFF FELIX IRAHETA**