IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FELIX IRAHETA | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | |
| | § | |
| MONTGOMERY COUNTY, TEXAS; | § | CIVIL ACTION NO. 4:26-CV-01355 |
| DEPUTY JOSEPH MICHAEL | § | |
| O'NEILL; DEPUTY NICHOLAS | § | |
| ANTHONY SCINICARIELLO; | § | |
| SPECIALIST TIMOTHY J. BOEREMA; | § | |
| DEPUTY DAVIS (BWC 16104); JOHN | § | JURY TRIAL DEMANDED |
| DOE (BWC 13603); JOHN (BWC | § | |
| 15438); JOHN DOE (BWC 14218); | § | |
| HOSPITAL/SCENE JOHN DOE | § | |
| DEPUTY; JAIL JOHN DOE OFFICERS | § | |
| 1-2; EMILY WADDINGTON (LVN); | § | |
| ETUGE ANYANGWE (FNP-C); | § | |
| ZAKARI LOBE (LVN); ATHER | § | |
| SIDDIQI, MD | § | |
| *Defendants.* | § | |

**DEFENDANT ATHER SIDDIQI, MD'S FIRST AMENDED ANSWER TO
PLAINTIFF FELIX IRAHETA'S FIRST AMENDED COMPLAINT**

Defendant Ather Siddiqi, MD ("Defendant") files this First Amended Answer to

Plaintiff Felix Iraheta's First Amended Complaint and would respectfully show this

Court as follows:

**ADMISSIONS AND DENIALS**

1.     Defendant denies the allegations contained in Paragraph 1.

2.     Defendant lacks sufficient knowledge to either admit or deny the

allegations in Paragraph 2. For that reason, Defendant denies the allegations contained in

Paragraph 2.

3.      Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 3. For that reason, Defendant denies the allegations contained in Paragraph 3.

4.      Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 4. For that reason, Defendant denies the allegations contained in Paragraph 4.

5.      Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 5. For that reason, Defendant denies the allegations contained in Paragraph 5.

6.      Defendant denies that he has any videos or recordings in his possession. Defendant lacks sufficient knowledge to either admit or deny the remaining allegations in Paragraph 6. For that reason, Defendant denies the allegations contained in Paragraph 6.

7.      Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 7. For that reason, Defendant denies the allegations contained in Paragraph 7.

8.      Defendant denies that he is liable to Plaintiff for any damages.

9.      Defendant lacks sufficient knowledge and can neither admit nor deny the allegations in Paragraph 9.

10.     Defendant lacks sufficient knowledge and can neither admit nor deny the allegations in Paragraph 10.

11.     Defendant lacks sufficient knowledge and can neither admit nor deny the allegations in Paragraph 11.

12. Defendant lacks sufficient knowledge and can neither admit nor deny the allegations in Paragraph 12.

13. Defendant lacks sufficient knowledge and can neither admit nor deny the allegations in Paragraph 13.

14. Defendant lacks sufficient knowledge and can neither admit nor deny the allegations in Paragraph 14.

15. Defendant lacks sufficient knowledge and can neither admit nor deny the allegations in Paragraph 15.

16. Defendant lacks sufficient knowledge and can neither admit nor deny the allegations in Paragraph 16.

17. Defendant lacks sufficient knowledge and can neither admit nor deny the allegations in Paragraph 17.

18. Defendant lacks sufficient knowledge and can neither admit nor deny the allegations in Paragraph 18.

19. Defendant lacks sufficient knowledge and can neither admit nor deny the allegations in Paragraph 19.

20. Defendant lacks sufficient knowledge and can neither admit nor deny the allegations in Paragraph 20.

21. Defendant lacks sufficient knowledge and can neither admit nor deny the allegations in Paragraph 21.

22. Defendant lacks sufficient knowledge and can neither admit nor deny the allegations in Paragraph 22.

23.     Defendant contends that Paragraph 23 does not require admission or denial.

24.     Defendant denies the allegations contained in Paragraph 24.

25.     Defendant denies the allegations contained in Paragraph 25.

26.     Defendant denies the allegations contained in Paragraph 26.

27.     Defendant lacks sufficient knowledge and can neither admit nor deny the allegations in Paragraph 27.

28.     Defendant lacks sufficient knowledge and can neither admit nor deny the allegations in Paragraph 28.

29.     Defendant lacks sufficient knowledge and can neither admit nor deny the allegations in Paragraph 29.

30.     Defendant admits that he is a physician. Defendant denies the remaining allegations contained in Paragraph 30.

31.     Defendant denies the allegations contained in Paragraph 31.

32.     Defendant contends that Paragraph 32 does not require admission or denial.

33.     Defendant admits that this Court would have subject matter jurisdiction over Plaintiff's claims. Defendant denies that Plaintiff has any cognizable claims against him.

34.     Defendant admits that this Court would have supplemental jurisdiction over Plaintiff's state law claims. Defendant denies that Plaintiff has any cognizable claims against him.

35.     Defendant admits that venue is proper.

36.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 36. For that reason, Defendant denies the allegations contained in Paragraph 36.

37.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 37. For that reason, Defendant denies the allegations contained in Paragraph 37.

38.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 38. For that reason, Defendant denies the allegations contained in Paragraph 38.

39.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 39. For that reason, Defendant denies the allegations contained in Paragraph 39.

40.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraphs 40, 40A, 40B, 40C, and 40D. For that reason, Defendant denies the allegations contained in Paragraph 40, 40A, 40B, 40C, and 40D.

41.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 41. For that reason, Defendant denies the allegations contained in Paragraph 41.

42.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 42. For that reason, Defendant denies the allegations contained in Paragraph 42.

43.     Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraphs 43 and 43A. For that reason, Defendant denies the allegations contained in Paragraph 43 and 43A.

44.     Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 44. For that reason, Defendant denies the allegations contained in Paragraph 44.

45.     Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 45. For that reason, Defendant denies the allegations contained in Paragraph 45.

46.     Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 46. For that reason, Defendant denies the allegations contained in Paragraph 46.

47.     Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 47. For that reason, Defendant denies the allegations contained in Paragraph 47.

48.     Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraphs 48 and 48A. For that reason, Defendant denies the allegations contained in Paragraphs 48 and 48A.

49.     Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 49. For that reason, Defendant denies the allegations contained in Paragraph 49.

50.     Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 50. For that reason, Defendant denies the allegations contained in Paragraph 50.

51.     Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 51. For that reason, Defendant denies the allegations contained in Paragraph 51.

52.     Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraphs 52, 52A, 52B, 52C, 52D, and 52E. For that reason, Defendant denies the allegations contained in Paragraphs 52, 52A, 52B, 52C, 52D, and 52E.

53.     Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 53. For that reason, Defendant denies the allegations contained in Paragraph 53.

54.     Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 54. For that reason, Defendant denies the allegations contained in Paragraph 54.

55.     Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 55. For that reason, Defendant denies the allegations contained in Paragraph 55.

56.     Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 56. For that reason, Defendant denies the allegations contained in Paragraph 56.

57.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraphs 57, 57A, and 57B. For that reason, Defendant denies the allegations contained in Paragraphs 57, 57A, and 57B.

58.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 58. For that reason, Defendant denies the allegations contained in Paragraph 58.

59.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraphs 59 and 59A. For that reason, Defendant denies the allegations contained in Paragraphs 59 and 59A.

60.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 60. For that reason, Defendant denies the allegations contained in Paragraph 60.

61.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 61. For that reason, Defendant denies the allegations contained in Paragraph 61.

62.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraphs 62 and 62A. For that reason, Defendant denies the allegations contained in Paragraphs 62 and 62A.

63.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraphs 63 and 63A. For that reason, Defendant denies the allegations contained in Paragraphs 63 and 63A.

64. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 64. For that reason, Defendant denies the allegations contained in Paragraph 64.

65. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 65. For that reason, Defendant denies the allegations contained in Paragraph 65.

66. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 66. For that reason, Defendant denies the allegations contained in Paragraph 66.

67. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 67. For that reason, Defendant denies the allegations contained in Paragraph 67.

68. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraphs 68 and 68A. For that reason, Defendant denies the allegations contained in Paragraphs 68 and 68A.

69. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 69. For that reason, Defendant denies the allegations contained in Paragraph 69.

70. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 70. For that reason, Defendant denies the allegations contained in Paragraph 70.

71.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 71. For that reason, Defendant denies the allegations contained in Paragraph 71.

72.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 72. For that reason, Defendant denies the allegations contained in Paragraph 72.

73.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 73. For that reason, Defendant denies the allegations contained in Paragraph 73.

74.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 74. For that reason, Defendant denies the allegations contained in Paragraph 74.

75.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 75. For that reason, Defendant denies the allegations contained in Paragraph 75.

76.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 76. For that reason, Defendant denies the allegations contained in Paragraph 76.

77.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraphs 77 and 77A. For that reason, Defendant denies the allegations contained in Paragraphs 77 and 77A.

78.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 78. For that reason, Defendant denies the allegations contained in Paragraph 78.

79.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 79. For that reason, Defendant denies the allegations contained in Paragraph 79.

80.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 80. For that reason, Defendant denies the allegations contained in Paragraph 80.

81.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 81. For that reason, Defendant denies the allegations contained in Paragraph 81.

82.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 82. For that reason, Defendant denies the allegations contained in Paragraph 82.

83.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 83. For that reason, Defendant denies the allegations contained in Paragraph 83.

84.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 84. For that reason, Defendant denies the allegations contained in Paragraph 84.

85.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 85. For that reason, Defendant denies the allegations contained in Paragraph 85.

86.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 86. For that reason, Defendant denies the allegations contained in Paragraph 86.

87.    Defendant lacks sufficient knowledge and can neither admit nor deny the allegations in Paragraph 87.

88.    Defendant lacks sufficient knowledge and can neither admit nor deny the allegations in Paragraph 88.

89.    Defendant lacks sufficient knowledge and can neither admit nor deny the allegations in Paragraph 89.

90.    Defendant lacks sufficient knowledge and can neither admit nor deny the allegations in Paragraph 90.

91.    Defendant lacks sufficient knowledge and can neither admit nor deny the allegations in Paragraph 91.

92.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 92. For that reason, Defendant denies the allegations contained in Paragraph 92.

93.    Defendant admits that recordings, logs, and records likely contain timestamps and contemporaneous data. Defendant denies that the recordings, logs, and records will corroborate Plaintiff's allegations.

12

94. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 94. For that reason, Defendant denies the allegations contained in Paragraph 94.

95. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 95. For that reason, Defendant denies the allegations contained in Paragraph 95.

96. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 96. For that reason, Defendant denies the allegations contained in Paragraph 96.

97. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 97. For that reason, Defendant denies the allegations contained in Paragraph 97.

98. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 98. For that reason, Defendant denies the allegations contained in Paragraph 98.

99. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 99. For that reason, Defendant denies the allegations contained in Paragraph 99.

100. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 100. For that reason, Defendant denies the allegations contained in Paragraph 100.

101. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 101. For that reason, Defendant denies the allegations contained in Paragraph 101.

102. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraphs 102 and 102A. For that reason, Defendant denies the allegations contained in Paragraphs 102 and 102A.

103. Paragraph 103 is an incorporation Paragraph. Defendant also incorporates by reference all preceding paragraphs in this Answer.

104. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 104. For that reason, Defendant denies the allegations contained in Paragraph 104.

105. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 105. For that reason, Defendant denies the allegations contained in Paragraph 105.

106. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 106. For that reason, Defendant denies the allegations contained in Paragraph 106.

107. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 107. For that reason, Defendant denies the allegations contained in Paragraph 107.

108. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 108. For that reason, Defendant denies the allegations contained in Paragraph 108.

109. Paragraph 109 is an incorporation Paragraph. Defendant also incorporates by reference all preceding paragraphs in this Answer.

110. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 110. For that reason, Defendant denies the allegations contained in Paragraph 110.

111. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 111. For that reason, Defendant denies the allegations contained in Paragraph 111.

112. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 112. For that reason, Defendant denies the allegations contained in Paragraph 112.

113. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 113. For that reason, Defendant denies the allegations contained in Paragraph 113.

114. Paragraph 114 is an incorporation Paragraph. Defendant also incorporates by reference all preceding paragraphs in this Answer.

115. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraphs 115 and 115A. For that reason, Defendant denies the allegations contained in Paragraphs 115 and 115A.

116. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 116. For that reason, Defendant denies the allegations contained in Paragraph 116.

117. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 117. For that reason, Defendant denies the allegations contained in Paragraph 117.

118. Paragraph 118 is an incorporation Paragraph. Defendant also incorporates by reference all preceding paragraphs in this Answer.

119. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraphs 119 and 119A. For that reason, Defendant denies the allegations contained in Paragraphs 119 and 119A.

120. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 120. For that reason, Defendant denies the allegations contained in Paragraph 120.

121. Paragraph 121 is an incorporation Paragraph. Defendant also incorporates by reference all preceding paragraphs in this Answer.

122. Defendant denies that any act or omission on his part caused injury or damages to Plaintiff. Defendant further denies that he was deliberately indifferent to Plaintiff's medical needs. Defendant lacks sufficient knowledge to either admit or deny the remaining allegations in Paragraph 122.

123. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 123. For that reason, Defendant denies the allegations contained in Paragraph 123.

124. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 124. For that reason, Defendant denies the allegations contained in Paragraph 124.

125. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 125. For that reason, Defendant denies the allegations contained in Paragraph 125.

126. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 126. For that reason, Defendant denies the allegations contained in Paragraph 126.

127. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 127. For that reason, Defendant denies the allegations contained in Paragraph 127.

128. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 128. For that reason, Defendant denies the allegations contained in Paragraph 128.

129. Defendant denies the allegations contained in Paragraph 129.

130. Defendant denies the allegations contained in Paragraph 130.

131. Defendant denies the allegations contained in Paragraph 131.

132. Paragraph 132 is an incorporation Paragraph. Defendant also incorporates by reference all preceding paragraphs in this Answer.

133. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 133. For that reason, Defendant denies the allegations contained in Paragraph 133.

134. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 134. For that reason, Defendant denies the allegations contained in Paragraph 134.

135. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraphs 135 and 135A. For that reason, Defendant denies the allegations contained in Paragraphs 135 and 135A.

136. Paragraph 136 is an incorporation Paragraph. Defendant also incorporates by reference all preceding paragraphs in this Answer.

137. Defendant contends that Paragraph 137 contains no allegations to which admission or denial is required.

138. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraphs 138, 138A, and 138B. For that reason, Defendant denies the allegations contained in Paragraphs 138, 138A, and 138B.

139. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 139. For that reason, Defendant denies the allegations contained in Paragraph 139.

140. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 140. For that reason, Defendant denies the allegations contained in Paragraph 140.

141. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraphs 141 and 141A. For that reason, Defendant denies the allegations contained in Paragraphs 141 and 141A.

142. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 142. For that reason, Defendant denies the allegations contained in Paragraph 142.

143. Defendant denies that any of his conduct was a direct or proximate cause of Plaintiff's alleged injuries and damages.

144. Defendant contends that the contents of Paragraph 144 contain any allegations. To the extent that they do, Defendant denies the allegations contained in Paragraph 144.

145. Defendant contends that the contents of Paragraph 145 contain any allegations. To the extent that they do, Defendant denies the allegations contained in Paragraph 145.

146. Defendant contends that the contents of Paragraph 146 contain any allegations. To the extent that they do, Defendant denies the allegations contained in Paragraph 146.

147.    Defendant contends that the contents of Paragraph 147 contain any allegations. To the extent that they do, Defendant denies the allegations contained in Paragraph 147.

148.    Defendant contends that the contents of Paragraph 148 contain any allegations. To the extent that they do, Defendant denies the allegations contained in Paragraph 148.

149.    Defendant contends that the contents of Paragraph 149 contain any allegations. To the extent that they do, Defendant denies the allegations contained in Paragraph 149.

150.    Defendant denies that Plaintiff is entitled to judgment against him in this lawsuit.

151.    Defendant denies that Plaintiff is entitled to any compensatory damages.

152.    Defendant denies that Plaintiff is entitled to any punitive damages.

153.    Defendant denies that Plaintiff is entitled to any attorneys' fees and taxable costs.

154.    Defendant denies that Plaintiff is entitled to any pre-judgment or post-judgment interest.

155.    Defendant denies that Plaintiff is entitled to any other or further relief.

156.    Defendant also demands a jury trial.

## DEFENSES

157.    Defendant does not admit any liability by asserting their defenses. Defendant specifically denies all allegations of liability in Plaintiff's Complaint. Plaintiff has the

20

burden to prove facts to support his causes of action. The burden of proof does not shift to Defendant because he pleads defenses.

158.   Plaintiff has failed to state a claim on which relief may be granted as he fails to state any cognizable federal or state law claim against Defendant. Plaintiff's allegations against Dr. Siddiqi are conclusory, speculative, and based on "information and belief," rather than on concrete facts. Such allegations are insufficient to establish liability and fail to meet the required legal standard for claims brought pursuant to 42 U.S.C. § 1983. Accordingly, Dr. Siddiqi denies liability in all respects and asserts that Plaintiff has failed to state a claim upon which relief can be granted against him. Dr. Siddiqi respectfully asserts that all claims against him should be dismissed with prejudice.

159.   Plaintiff has failed to state a claim on which relief may be granted under 42 U.S.C. § 1983 because Defendant was not and is not a state actor as that phrase is understood under 42 U.S.C. § 1983.

160.   Defendant asserts that he is entitled to qualified immunity to Plaintiff's claims against him.

161.   Plaintiff has failed to mitigate his alleged damages.

162.   Defendant asserts that Plaintiff's claim is barred by the statute of limitations as Plaintiff did not file a complaint against Defendant until more than two years after the complained of events.

163.   Plaintiff has improperly recast a health care liability claim as that term is defined at Texas Civil Practice and Remedies Code § 74.001(a)(13). Plaintiff cannot succeed

under any cause of action as the underlying claim should be pursued as a health care liability claim.

164.    Defendant avails himself of the protections and limitations provided by Chapter 74 of the Texas Civil Practice and Remedies Code and Texas law.

165.    Defendant affirmatively pleads the provisions of Chapter 74, Subchapter G of the Texas Civil Practice & Remedies Code, limiting the liability of Defendant.

166.    Defendant states that recovery is limited in accordance with section 74.301 of the Texas Civil Practice and Remedies Code or, pleading in the alternative, section 74.302 of the Texas Civil Practice and Remedies Code or other statutes of this State restricting the amount of recovery in this cause.

167.    Pleading further, Defendant invokes section 74.303 of the Texas Civil Practice and Remedies Code and its limitations on damages and/or restrictions of the amount of recovery in this cause.

168.    Defendant pleads sections 74.401, 74.402 and 74.403 of the Texas Civil Practice and Remedies Code pertaining to qualifications of expert witnesses.

169.    Defendant invokes the provisions of Chapter 304 of the Texas Finance Code and Chapter 41 of the Texas Civil Practices and Remedies Code regarding the limitations and restrictions on recovery of prejudgment and post-judgment interest, including but not limited to the restriction that prejudgment interest may not be assessed or recovered on an award of exemplary damages.

170.   Defendant specifically pleads the limitation on amount of recovery of exemplary damages provided by sections 41.007 and 41.008 of the Texas Civil Practice and Remedies Code.

171.   Defendant specifically pleads that any award of punitive damages in favor of Plaintiff would deprive Defendant of his constitutional right of due process guaranteed by Article I, Section 19, of the Constitution of the State of Texas and the Fourteenth Amendment to the Constitution of the United States of America.

172.   Defendant specifically pleads that any award of punitive damages in favor of Plaintiff would violate Article XVI, Section 26, of the Constitution of the State of Texas and would deprive Defendant of his rights guaranteed by the Constitution of the State of Texas and the Constitution of the United States of America.

173.   Defendant further affirmatively pleads provisions of § 74 et seq. of the Texas Civil Practice & Remedies Code and hereby requests that should liability be found, which Defendant expressly denies, any award of future damages, including but not limited to damages for medical, healthcare, custodial services, physical pain, mental anguish, disfigurement, physical impairment, loss of consortium, and loss of earnings, which equal or exceed $100,000, be paid in periodic payments as authorized by the above provisions.

174.   Defendant further affirmatively pleads the provisions of § 41.0105 of the Texas Civil Practice & Remedies Code, which limit the amount of recoverable medical or health care expenses to those actually paid by or incurred on behalf of the claimant.

175.   For further answer, Defendant invokes his legal right to a reduction of any dollar verdict, which may be rendered in this cause by percentage reductions to which

23

Defendant would be entitled as a result of jury findings against other persons or entities. In this connection, Defendant reserves the right to submit issues against parties who may be present in the case or absent from the case at the time the matter is submitted to the jury for fact determinations.

176. Pursuant to § 18.091 of the Texas Civil Practice & Remedies Code, Plaintiff is required to prove any loss of earnings, loss of earning capacity or loss of contributions of pecuniary value in the form of a net loss after reduction for income tax payments or unpaid tax liability pursuant to any federal income tax law. Pleading further, Defendant requests the Court to instruct the jury as to whether any recovery for compensatory damages sought by Plaintiff is subject to federal and/or state income and estate taxes.

177. To the extent that any medical expenses secured by, including but not limited to, insurance, pre-payment plan, loan and/or on credit and said expenses have been satisfied by a third-party, forgiven, discharged, written off, and/or reduced in connection with the injuries made the basis of this suit, in the unlikely event that Plaintiff obtains a final judgment against Defendant, Defendant would respectfully show that he is entitled to a credit and/or offset for the total amount of such write-offs and/or expenditures incurred and paid by others and accruing to Plaintiff.

178. Defendant further pleads that Plaintiff's injuries were caused by a superseding, intervening cause or a new and independent cause not reasonably foreseeable by Defendant, which broke the chain of causation, if any, such that any negligence on the part of Defendant, which is denied, could not have been the legal cause, actual cause, or proximate cause of the injuries or damage allegedly sustained by Plaintiff.

179.    Answering further, Defendant would show that the injuries and damages alleged by Plaintiff, if in fact they are true, were not caused by Defendant, but were caused by an unavoidable accident, were medically unavoidable, or were caused by the acts of Plaintiff or the acts of third parties over whom Defendant has no right of control and for whom Defendant was and is not responsible. Thus, Defendant affirmatively pleads the provisions of § 33.001 et seq. of Chapter 33 of the Texas Civil Practice & Remedies Code which sets forth the procedures for determining and asserting proportionate responsibility and contribution for any cause of action based on tort.

180.    Defendant invokes Sections 26.01(a) and 26.01(b)(8) of the Texas Business and Commerce Code.

181.    Defendant reserves the right to assert further affirmative defenses as they become evident through discovery.

## PRAYER

Defendant Ather Siddiqi, MD respectfully asks the Court to deny Plaintiff any and all relief demanded in his Complaint, dismiss Plaintiff's claims with prejudice, award Defendant attorney fees and costs, and grant Defendant all other and further relief to which he may be entitled.

25

Respectfully submitted,

SPENCER FANE, LLP

By:  /s/ *Colin P. Goodman*
    Colin P. Goodman
    Attorney-in-Charge
    State Bar No. 24099683
    SDTX Bar No. 3047488
    cgoodman@spencerfane.com
3040 Post Oak Boulevard, Suite 1400
Houston, Texas 77056
Telephone: (713) 552-1234
Telecopier: (713) 963-0859

COUNSEL FOR DEFENDANT
ATHER SIDDIQI, MR

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of May 2026, a true and correct copy of the foregoing was served on all Parties in accordance with the Federal Rules of Civil Procedure.

/s/ *Colin P. Goodman*
Colin P. Goodman

26