IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FELIX IRAHETA<br>　　*Plaintiffs,*<br><br>v.<br><br>MONTGOMERY COUNTY, TEXAS;<br>DEPUTY JOSEPH MICHAEL<br>O'NEILL; DEPUTY NICHOLAS<br>ANTHONY SCINICARIELLO;<br>SPECIALIST TIMOTHY J. BOEREMA;<br>DEPUTY DAVIS (BWC 16104); JOHN<br>DOE (BWC 13603); JOHN (BWC<br>15438); JOHN DOE (BWC 14218);<br>HOSPITAL/SCENE JOHN DOE<br>DEPUTY; JAIL JOHN DOE OFFICERS<br>1-2; EMILY WADDINGTON (LVN);<br>ETUGE ANYANGWE (FNP-C);<br>ZAKARI LOBE (LVN); ATHER<br>SIDDIQI, MD<br>　　*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:26-CV-01355<br><br><br><br>JURY TRIAL DEMANDED |

**DEFENDANT ETUGE ANYANGWE'S ORIGINAL ANSWER**

Defendant Etuge Anyangwe (Defendant) files this original answer and shows the following:

1.    Defendant lacks sufficient knowledge to either admit or deny.

2.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 2.

3. Defendant lacks sufficient knowledge to either admit or deny.

4. Defendant lacks sufficient knowledge to either admit or deny.

5. Defendant lacks sufficient knowledge to either admit or deny.

1

6. Defendant lacks sufficient knowledge to either admit or deny.

7. Defendant lacks sufficient knowledge to either admit or deny.

8. Defendant lacks sufficient knowledge to either admit or deny.

9. Defendant lacks sufficient knowledge to either admit or deny.

10. Defendant lacks sufficient knowledge to either admit or deny.

11. Defendant lacks sufficient knowledge to either admit or deny.

12. Defendant lacks sufficient knowledge to either admit or deny.

13. Defendant lacks sufficient knowledge to either admit or deny.

14. Defendant lacks sufficient knowledge to either admit or deny.

15. Defendant lacks sufficient knowledge to either admit or deny.

16. Defendant lacks sufficient knowledge to either admit or deny.

17. Defendant lacks sufficient knowledge to either admit or deny.

18. Defendant lacks sufficient knowledge to either admit or deny.

19. Defendant lacks sufficient knowledge to either admit or deny.

20. Defendant lacks sufficient knowledge to either admit or deny.

21. Defendant lacks sufficient knowledge to either admit or deny.

22. Defendant lacks sufficient knowledge to either admit or deny.

23. Defendant lacks sufficient knowledge to either admit or deny.

24. Denied

25. Denied

26. Denied.

27. Defendant lacks sufficient knowledge to either admit or deny.

28. Denied.

29. Defendant lacks sufficient knowledge to either admit or deny.

30. Defendant lacks sufficient knowledge to either admit or deny.

31. Denied.

32. Defendant lacks sufficient knowledge to either admit or deny.

33. Defendant admits the court has subject matter jurisdiction over plaintiff's claims, but Defendant denies he committed a constitutional or federal civil rights violation.

34. Defendant admits this court has supplemental jurisdiction over Plaintiff's state law claims.

35. Admit

36. Defendant lacks sufficient knowledge to either admit or deny.

37. Defendant lacks sufficient knowledge to either admit or deny.

38. Defendant lacks sufficient knowledge to either admit or deny.

39. Defendant lacks sufficient knowledge to either admit or deny.

40. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 40, 40A, 40B, 40C and 40D.

41. Defendant lacks sufficient knowledge to either admit or deny.

42. Defendant lacks sufficient knowledge to either admit or deny.

43. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraphs 43 and 43A.

44. Defendant lacks sufficient knowledge to either admit or deny.

45. Defendant lacks sufficient knowledge to either admit or deny.

46. Defendant lacks sufficient knowledge to either admit or deny.

47. Defendant lacks sufficient knowledge to either admit or deny.

48. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 48 and 48A.

49. Defendant lacks sufficient knowledge to either admit or deny.

50. Defendant lacks sufficient knowledge to either admit or deny.

51. Defendant lacks sufficient knowledge to either admit or deny in allegations in Paragraph 51.

52. Defendant lacks sufficient knowledge to either admit or den the allegations in Paragraphs 52, 52A, 52B, 52C, 52D and 52E.

53 Defendant lacks sufficient knowledge to either admit or deny.

54. Defendant lacks sufficient knowledge to either admit or deny.

55. Defendant lacks sufficient knowledge to either admit or deny.

56. Defendant lacks sufficient knowledge to either admit or deny.

57. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraphs 57, 57A, 57B.

58. Defendant lacks sufficient knowledge to either admit or deny.

59. Defendant lacks sufficient knowledge to either admit or deny in the allegations in Paragraphs 59 and 59A.

60. Defendant lacks sufficient knowledge to either admit or deny.

61. Defendant lacks sufficient knowledge to either admit or deny.

62. Defendant lacks sufficient knowledge to either admit or deny in the allegations in Paragraph 62 and 62A.

63. Defendant lacks sufficient knowledge to either admit or deny in the allegations in Paragraphs 63 and 63A.

64. Defendant lacks sufficient knowledge to either admit or deny the allegations n Paragraph 64.

65. Defendant lacks sufficient knowledge to either admit or deny in the allegations in Paragraph 65.

66. Defendant lacks sufficient knowledge to either admit or deny in the allegations in Paragraph 66.

67. Defendant lacks sufficient knowledge to either admit or deny in the allegations in Paragraph 67.

68. Defendant lacks sufficient knowledge to either admit or deny in the allegations in Paragraph 68 and 68A.

69. Defendant lacks sufficient knowledge to either admit or deny in the allegations in Paragraph 69.

70. Defendant lacks sufficient knowledge to either admit or deny in the allegations in Paragraph 70.

71. Defendant lacks sufficient knowledge to either admit or deny in the allegations in Paragraph 71.

72. Defendant lacks sufficient knowledge to either admit or deny in the allegations in Paragraph 72.

73. Defendant lacks sufficient knowledge to either admit or deny in the allegations in Paragraph 73.

74. Defendant lacks sufficient knowledge to either admit or deny in the allegations in Paragraph 74.

75. Defendant lacks sufficient knowledge to either admit or deny allegations in Paragraph 75.

76. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 76. For that reason, Defendant denies the allegations contained in Paragraph 76.

77. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraphs 77 and 77A. For that reason, Defendant denies the allegations contained in Paragraphs 77 and 77A.

78. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 78. For that reason, Defendant denies the allegations contained in Paragraph 7

79 Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 79. For that reason, Defendant denies the allegations contained in Paragraph 79.

80. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 80. For that reason, Defendant denies the allegations contained in Paragraph 80.

81. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 81. For that reason, Defendant denies the allegations contained in Paragraph 81.

82. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 82. For that reason, Defendant denies the allegations contained in Paragraph 82.

83. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 83. For that reason, Defendant denies the allegations contained in Paragraph 83.

84. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 84. For that reason, Defendant denies the allegations contained in Paragraph 84.

85. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 85. For that reason, Defendant denies the allegations contained in Paragraph 85.

86. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 86. For that reason, Defendant denies the allegations contained in Paragraph 86.

87.    Defendant lacks sufficient knowledge and can neither admit nor deny the allegations in Paragraph 87.

88.    Defendant lacks sufficient knowledge and can neither admit nor deny the allegations in Paragraph 88.

89.    Defendant lacks sufficient knowledge and can neither admit nor deny the allegations in Paragraph 89.

90.    Defendant lacks sufficient knowledge and can neither admit nor deny the allegations in Paragraph 90.

91.    Defendant lacks sufficient knowledge and can neither admit nor deny the allegations in Paragraph 91.

92.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 92. For that reason, Defendant denies the allegations contained in Paragraph 92.

93.    Defendant admits that recordings, logs, and records likely contain timestamps and contemporaneous data. Defendant denies that the recordings, logs, and records will corroborate Plaintiff's allegations.

94. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 94. For that reason, Defendant denies the allegations contained in Paragraph 94.

95. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 95. For that reason, Defendant denies the allegations contained in Paragraph 95.

96. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 96. For that reason, Defendant denies the allegations contained in Paragraph 96.

97. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 97. For that reason, Defendant denies the allegations contained in Paragraph 97.

98. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 98. For that reason, Defendant denies the allegations contained in Paragraph 98.

99. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 99. For that reason, Defendant denies the allegations contained in Paragraph 99.

100. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 100. For that reason, Defendant denies the allegations contained in Paragraph 100.

101. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 101. For that reason, Defendant denies the allegations contained in Paragraph 101.

102.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraphs 102 and 102A. For that reason, Defendant denies the allegations contained in Paragraphs 102 and 102A.

103.    Paragraph 103 is an incorporation Paragraph. Defendant also incorporates by reference all preceding paragraphs in this Answer.

104.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 104. For that reason, Defendant denies the allegations contained in Paragraph 104.

105.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 105. For that reason, Defendant denies the allegations contained in Paragraph 105.

106.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 106. For that reason, Defendant denies the allegations contained in Paragraph 106.

107.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 107. For that reason, Defendant denies the allegations contained in Paragraph 107.

108.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 108. For that reason, Defendant denies the allegations contained in Paragraph 108.

109. Paragraph 109 is an incorporation Paragraph. Defendant also incorporates by reference all preceding paragraphs in this Answer.

110. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 110. For that reason, Defendant denies the allegations contained in Paragraph 110.

111. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 111. For that reason, Defendant denies the allegations contained in Paragraph 111.

112. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 112. For that reason, Defendant denies the allegations contained in Paragraph 112.

113. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 113. For that reason, Defendant denies the allegations contained in Paragraph 113.

114. Paragraph 114 is an incorporation Paragraph. Defendant also incorporates by reference all preceding paragraphs in this Answer.

115. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraphs 115 and 115A. For that reason, Defendant denies the allegations contained in Paragraphs 115 and 115A.

116.  Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 116. For that reason, Defendant denies the allegations contained in Paragraph 116.

117.  Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 117. For that reason, Defendant denies the allegations contained in Paragraph 117.

118.  Paragraph 118 is an incorporation Paragraph. Defendant also incorporates by reference all preceding paragraphs in this Answer.

119.  Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraphs 119 and 119A. For that reason, Defendant denies the allegations contained in Paragraphs 119 and 119A.

120.  Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 120. For that reason, Defendant denies the allegations contained in Paragraph 120.

121.  Paragraph 121 is an incorporation Paragraph. Defendant also incorporates by reference all preceding paragraphs in this Answer.

122.  Defendant denies that any act or omission on his part caused injury or damages to Plaintiff. Defendant further denies that he was deliberately indifferent to Plaintiff's medical needs. Defendant lacks sufficient knowledge to either admit or deny the remaining allegations in Paragraph 122.

123. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 123. For that reason, Defendant denies the allegations contained in Paragraph 123.

124. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 124. For that reason, Defendant denies the allegations contained in Paragraph 124.

125. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 125. For that reason, Defendant denies the allegations contained in Paragraph 125.

126. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 126. For that reason, Defendant denies the allegations contained in Paragraph 126.

127. Regarding Plaintiff's allegations against Defendant Waddlington lacks sufficient knowledge to either admit or deny.  Regarding Plaintiff's the allegations against Defendant Etuge denied.

128. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 128. For that reason, Defendant denies the allegations contained in Paragraph 128.

129. Defendant lacks sufficient knowledge to either admit or deny.

130. Defendant lacks sufficient knowledge to either admit or deny.

131. Denied.

132. Denied.

133. Defendant lacks sufficient knowledge to either admit or deny.

134. Defendant lacks sufficient knowledge to either admit or deny.

135. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraphs 135 and 135A. For that reason, Defendant denies the allegations contained in Paragraphs 135 and 135A.

136. Denied.

137. Defendant lacks sufficient knowledge to either admit or deny..

138. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraphs 138, 138A, and 138B. For that reason, Defendant denies the allegations contained in Paragraphs 138, 138A, and 138B.

139. Defendant lacks sufficient knowledge to either admit or deny.

140. Defendant lacks sufficient knowledge to either admit or deny.

141. Defendant lacks sufficient knowledge to either admit or deny.

142. Defendant lacks sufficient knowledge to either admit or deny.

143. Denied.

144. Defendant lacks sufficient knowledge to either admit or deny.

145. Defendant lacks sufficient knowledge to either admit or deny.

146. Defendant lacks sufficient knowledge to either admit or deny.

147. Defendant lacks sufficient knowledge to either admit or deny.

148. Defendant lacks sufficient knowledge to either admit or deny.

149. Defendant lacks sufficient knowledge to either admit or deny.

150. Denied.

151. Denied.

152. Denied.

153. Denied.

154. Denied.

155. Denied.

156. Defendant demands a jury trial.

## AFFIRMATIVE DEFENSES

1. Defendant is not liable in the capacity in which he has been sued because Defendant was not present in the jail while Plaintiff was present in the jail.

2. Plaintiff has failed to state a claim upon which relief can be granted under Federal or state law against Defendant.

3. Defendant claim is barred by the statue of limitations.

June 24, 2026                                    SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.

                                                 BY: /s/*Wesley T. Welmaker*
                                                     Wesley T. Welmaker
                                                     State Bar No. 00795826
                                                     wwelmaker@smsm.com
                                                     SDTX No. 20091
                                                     One Riverway, Suite 1625
                                                     Houston, Texas 77056
                                                     Tel. (713) 333-7600
                                                     Fax. (713) 333-7611

                                                 ATTORNEY FOR DEFENDANT ETUGE ANYWANGWE

CERTIFICATE OF SERVICE

I hereby certify that this Notice of Appearance was served on all Parties or the Parties' counsel in accordance with the Federal Rules of Civil Procedure on this the June 24, 2026.

**/s/ Wesley T. Welmaker**
Wesley T. Welmaker