**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| FELIX IRAHETA,<br>  *Plaintiff,*<br><br>v.<br><br>MONTGOMERY COUNTY, TEXAS,<br>et al.,<br>  *Defendants.* | Civil Action No. 4:26-cv-01355<br><br>Judge Charles R. Eskridge III<br><br>Jury Trial Demanded |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Felix Iraheta gives notice of voluntary dismissal *without prejudice* of the following Defendants:

1. John Doe (BWC 13603);

2. John Doe (BWC 15438);

3. John Doe (BWC 14218);

4. Scene John Doe Deputy 1;

5. Scene John Doe Deputy 2;

6. Scene John Doe Deputy 3;

7. Hospital John Doe Deputy 1;

8. Hospital/Scene John Doe Deputy;

9. Jail John Doe Officer 1;

10. Jail John Doe Officer 2;

11. Emily Waddington, LVN; and

12. Zakari Lobe, LVN.


Dated: June 24, 2026.

Respectfully submitted,

O. RODRIGUEZ LAW, PLLC


By: */s/ Orlando Rodriguez*
Orlando Rodriguez
State Bar No. 24037382
S.D. Tex. Bar No. 3944531
700 Louisiana Street, Suite 3950
Houston, Texas 77002
Telephone: (713) 239-2300
Email: efile@orodriguezlaw.com
Attorney for Plaintiff Felix Iraheta

## CERTIFICATE OF SERVICE

I certify that on June 24, 2026, a true and correct copy of the foregoing was served

on all counsel of record via the Court's CM/ECF electronic filing system.


*/s/ Orlando Rodriguez*
Orlando Rodriguez