IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FELIX IRAHETA<br>     *Plaintiffs,* | §<br>§<br>§ | |
| v. | §<br>§ | |
| MONTGOMERY COUNTY, TEXAS;<br>DEPUTY JOSEPH MICHAEL O'NEILL;<br>DEPUTY NICHOLAS ANTHONY<br>SCINICARIELLO; SPECIALIST<br>TIMOTHY J. BOEREMA; DEPUTY<br>DAVIS (BWC 16104); JOHN DOE (BWC<br>13603); JOHN (BWC 15438); JOHN DOE<br>(BWC 14218); HOSPITAL/SCENE JOHN<br>DOE DEPUTY; JAIL JOHN DOE<br>OFFICERS 1-2; EMILY WADDINGTON<br>(LVN); ETUGE ANYANGWE (FNP-C);<br>ZAKARI LOBE (LVN); ATHER SIDDIQI,<br>MD<br>     *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:26-CV-01355<br><br><br>JURY TRIAL DEMANDED |

**DEFENDANT ATHER SIDDIQI, MD'S
MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Defendant Ather Siddiqi, MD files this Motion for Withdrawal and Substitution of Counsel and would respectfully show the Court the following:

This Motion for Withdrawal and Substitution of Counsel respectfully requests this Court to enter an order granting permission to substitute Wesley T. Welmaker, with the law firm Segal McCambridge, in please and stead of Colin P. Goodman, with the law firm Spencer Fane LLP, as counsel for Ather Siddiqi, MD. This Motion for Substitution and the Withdrawal of attorney Colin P. Goodman is made at the request and with the consent of Defendant Ather Siddiqi, MD.

Accordingly, the address, telephone number, and state bar number for the substituted counsel is listed below. Defendant Ather Siddiqi, MD requests that all communications from the Court or other counsel with respect to this suit be directed to the following:

> Wesley T. Welmaker
> Texas Bar No. 00795826
> SDTX No. 20091
> wwelmaker@smsm.com
> Segal McCambridge Singer & Mahoney
> One Riverway, Suite 1625
> Houston, Texas 77056
> (713) 333-7600
> (713) 333-7601 – Facsimile

In further support of his motion herein, Defendant Ather Siddiqi, MD would show that this motion is not sought for delay. Counsel for Plaintiff Felix Iraheta and for Defendants Montgomery County, Texas, Joseph Michael O'Neill, Nicholas Anthony Scinicariello, Timothy J. Boerema, and Davis have stated that they are not opposed to the substitution of counsel.

For the reasons above, Defendant Ather Siddiqi, MD prays this Court grant his Motion for Withdrawal and Substitution of Counsel, enter an order substituting Wesley T. Welmaker with the law firm Segal McCambridge in place of Colin P. Goodman with the law firm Spencer Fane LLP, and for such other and further relief to which Defendant is entitled.

July 6, 2026

SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.

BY: */s/Wesley T. Welmaker*
  Wesley T. Welmaker
  State Bar No. 00795826
  wwelmaker@smsm.com
  SDTX No. 20091
  One Riverway, Suite 1625
  Houston, Texas 77056
  Tel. (713) 333-7600
  Fax. (713) 333-7611

  **ATTORNEY FOR DEFENDANT**
  **ATHER SIDDIQI, MD**

2

## CERTIFICATE OF CONFERENCE

This is to certify that I conferred with prior attorney, Colin P. Goodman for Defendant, Ather Siddiqui, MD's  on June 18, 2026 regarding the foregoing Motion for Withdrawal and Substitution of Counsel, and he stated that he agreed.

This is to certify that I attempted to confer with Orlando Rodriguez, attorney for Plaintiff, Felix Iraheta, on June 24, 2026 regarding the foregoing Motion for Withdrawal and Substitution of Counsel, and he stated that he is unopposed.

This is to certify that I conferred with Daniel Plake, attorney for Defendant Montgomery County, on June 22, 2026 regarding the foregoing Motion for Withdrawal and Substitution of Counsel, and he stated that he is unopposed.

This is to certify that I conferred with Daniel Plake, attorney for Defendant Joseph Michael O'Neill, on June 22, 2026 regarding the foregoing Motion for Withdrawal and Substitution of Counsel, and he stated that he is unopposed.

This is to certify that I attempted to confer with Daniel Plake, attorney for Defendant Nicholas Anthony Scinicariello, on June 22, 2026 regarding the foregoing Motion for Withdrawal and Substitution of Counsel, and he is unopposed.

/s/*Wesley T. Welmaker*
Wesley T. Welmaker

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served to all parties of record electronically via CM/ECF on  July 6, 2026.

/s/*Wesley T. Welmaker*
Wesley T. Welmaker

3