IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FELIX IRAHETA<br>*Plaintiffs,*<br><br>v.<br><br>MONTGOMERY COUNTY, TEXAS;<br>DEPUTY JOSEPH MICHAEL<br>O'NEILL; DEPUTY NICHOLAS<br>ANTHONY SCINICARIELLO;<br>SPECIALIST TIMOTHY J. BOEREMA;<br>DEPUTY DAVIS (BWC 16104); JOHN<br>DOE (BWC 13603); JOHN (BWC<br>15438); JOHN DOE (BWC 14218);<br>HOSPITAL/SCENE JOHN DOE<br>DEPUTY; JAIL JOHN DOE OFFICERS<br>1-2; EMILY WADDINGTON (LVN);<br>ETUGE ANYANGWE (FNP-C);<br>ZAKARI LOBE (LVN); ATHER<br>SIDDIQI, MD<br>*Defendants.* | § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:26-CV-01355<br><br><br>JURY TRIAL DEMANDED |

**ORDER**

On this day, the Court considered the Defendant Ather Siddiqi, MD Motion for Withdrawal and Substitution of Counsel. Having considered the Motion, the Court:

ORDERS that the Motion for Withdrawal and Substitution is GRANTED and Colin P. Goodman of Spencer Fane LLP is removed as counsel of record for Defendant Ather Siddiqi, MD and is replaced by Wesley T. Welmaker of Segal McCambridge.

SIGNED this _____ day of _____ 2026.

_____
UNITED STATES DISTRICT JUDGE

**APPROVED AS TO FORM:**

Respectfully submitted,

SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.

BY:     /s/*Wesley T. Welmaker*
          Wesley T. Welmaker
          State Bar No. 00795826
          wwelmaker@smsm.com
          One Riverway, Suite 1625
          Houston, Texas 77056
          Phone: (713) 333-7600
          Fax: (713) 333-7601

**SUBSTITUTING ATTORNEY FOR DEFENDANT
ATHER SIDDIQI, MD**