UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Felix Iraheta<br>    Plaintiff, | §<br>§<br>§<br>§ | CIVIL ACTION NO.<br>4:26–cv–01355 |
| vs. | §<br>§<br>§ | JUDGE CHARLES ESKRIDGE |
| Montgomery County Texas, et al.<br>    Defendant. | §<br>§<br>§ | |

NOTICE OF RESETTING

Take notice that the Initial Conference set for 7/14/2026, has been RESET as follows:

Wednesday, July 22, 2026, at 10:30 AM
Before the Honorable Charles Eskridge
United States District Judge
United States District Court, Courtroom 9F
515 Rusk Street
Houston, Texas 77002