### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

**FELIX IRAHETA,**

|  |  |
|---|---|
| **Plaintiff,** | **Case No.: 4:26-cv-01355** |
| **v.** | **JURY DEMAND** |

**MONTGOMERY COUNTY, TEXAS,**
**DEPUTY JOSEPH MICHAEL O'NIELL,**
**DEPUTY NICHOLAS ANTHONY SCINICARIELLO,**
**SPECIALIST TIMOTHY J. BOEREMA,**
**DEPUTY DAVIS (FIRST NAME UNKNOWN) (BWC 16104),**
**JOHN DOE (BWC 13603),**
**JOHN DOE (BWC 15438),**
**JOHN DOE (BWC 14218),**
**HOSPITAL/SCENE JOHN DOE DEPUTY,**
**JAIL JOHN DOE OFFICERS 1-2,**
**EMILY WADDINGTON (LVN),**
**ETUGE ANYANGWE (FNP-C),**
**ZAKARI LOBE (LVN),**
**ATHER SIDDIQI, MD,**

        **Defendants.**

---

## ETUGE ANYANGWE'S FIRST AMENDED ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

---

**COMES NOW**, Defendant, Etuge Anyangwe., (hereinafter "Defendant") by and through undersigned counsel of record, and hereby respectfully submits its First Amended Response to Plaintiff, Felix Iraheta's (hereinafter "Plaintiff") First Amended Complaint as follows:

### I. PRELIMIARY STATEMENT

1.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 1. For that reason, Defendant denies the allegations contained in Paragraph 1.

2.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 2. For that reason, Defendant denies the allegations contained in Paragraph 2.

3.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 3. For that reason, Defendant denies the allegations contained in Paragraph 3.

4.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 4. For that reason, Defendant denies the allegations contained in Paragraph 4.

5.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 5. For that reason, Defendant denies the allegations contained in Paragraph 5.

6.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 6. For that reason, Defendant denies the allegations contained in Paragraph 6.

7.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 7. For that reason, Defendant denies the allegations contained in Paragraph 7.

8.    Defendant denies that he is liable to Plaintiff for any damages.

## II. PARTIES

### A. Plaintiff

9.    Defendant lacks sufficient knowledge or information to admit or deny Plaintiff's personal identifying allegations in Paragraph 9 and therefore denies same.

### B. Municipal Defendant

10.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 10. For that reason, Defendant denies the allegations contained in Paragraph 10.

11.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 11. For that reason, Defendant denies the allegations contained in Paragraph 11.

12. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 12. For that reason, Defendant denies the allegations contained in Paragraph 12.

13. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 13. For that reason, Defendant denies the allegations contained in Paragraph 13.

### C. Individual MCSO Defendants

14. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 14. For that reason, Defendant denies the allegations contained in Paragraph 14.

15. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 15. For that reason, Defendant denies the allegations contained in Paragraph 15.

16. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 16. For that reason, Defendant denies the allegations contained in Paragraph 16.

17. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 17. For that reason, Defendant denies the allegations contained in Paragraph 17.

### D. BWC-Identified Doe Defendants

18. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 18. For that reason, Defendant denies the allegations contained in Paragraph 18.

19. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 19. For that reason, Defendant denies the allegations contained in Paragraph 19.

20. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 20. For that reason, Defendant denies the allegations contained in Paragraph 20.

### E. Additional Doe Defendants (Grouped by Location)

21. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 21. For that reason, Defendant denies the allegations contained in Paragraph 21.

22.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 22. For that reason, Defendant denies the allegations contained in Paragraph 22.

23.    Paragraph 23 contains a heading or organizational label to which no response is required. To the extent a response is deemed necessary, Defendant denies the allegations therein.

### F.  Jail Medical Defendants

24.    Defendant admits that he was a Family Nurse Practitioner employed by Wellpath LLC and positioned at Montgomery County Jail, however, Defendant denies that he evaluated, treated, or interacted with Plaintiff in any way, shape or form. Defendant further denies that he acted with deliberate indifference or otherwise violated Plaintiff's constitutional rights.

25.    Defendant denies that he acted under color of state law in any manner that violated Plaintiff's rights and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and on that basis denies them.

26.    Defendant admits that Plaintiff purports to assert claims against individual jail medical defendants which are allegedly based on their own acts and omissions but denies that he evaluated, treated, or interacted with Plaintiff or that he committed any act or omission that gives rise to liability.

27.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 27. For that reason, Defendant denies the allegations contained in Paragraph 27.

28.    Defendant admits only that he was a Family Nurse Practitioner employed by Wellpath LLC and positioned at Montgomery County Jail during relevant periods. However, Defendant denies that he evaluated, treated, or interacted with Plaintiff. Defendant further denies that he acted with deliberate indifference or otherwise violated Plaintiff's constitutional rights.

29.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 29. For that reason, Defendant denies the allegations contained in Paragraph 29.

30.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 30. For that reason, Defendant denies the allegations contained in Paragraph 30.

31.    Defendant admits only that Plaintiff pleads that each individual defendant is sued for his or her own acts and omissions but denies that he evaluated, treated, or interacted with Plaintiff and denies that he committed any act or omission that gives rise to liability.

32.    Paragraph 32 contains a heading or organizational label to which no response is required. To the extent a response is deemed necessary, Defendant denies the allegations therein.

## III. JURISDICTION AND VENUE

33.    Admitted for jurisdictional purposes only. Otherwise, denied.

33A.    Admitted for jurisdictional purposes only. Otherwise, denied.

34.    Admitted for jurisdictional purposes only. Otherwise, denied.

35.    Admitted for venue purposes only. Otherwise, denied.

## IV. FACTUAL ALLEGATIONS

### A.  Stop Context: Confined Market Street Roadway and Immediate Containment

36.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 36. For that reason, Defendant denies the allegations contained in Paragraph 36.

37.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 37. For that reason, Defendant denies the allegations contained in Paragraph 37.

38.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 38. For that reason, Defendant denies the allegations contained in Paragraph 38.

39.     Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 39. For that reason, Defendant denies the allegations contained in Paragraph 39.

40.     Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 40. For that reason, Defendant denies the allegations contained in Paragraph 40.

40A.     Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 40A. For that reason, Defendant denies the allegations contained in Paragraph 40A.

40B.     Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 40B. For that reason, Defendant denies the allegations contained in Paragraph 40B.

40C.     Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 40C. For that reason, Defendant denies the allegations contained in Paragraph 40C.

40D.     Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 40D. For that reason, Defendant denies the allegations contained in Paragraph 40D.

41.     Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 41. For that reason, Defendant denies the allegations contained in Paragraph 41.

**B. Escalation Decision and Two Officer-Extraction**

42.     Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 42. For that reason, Defendant denies the allegations contained in Paragraph 42.

43.     Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 43. For that reason, Defendant denies the allegations contained in Paragraph 43.

43A.     Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 43A. For that reason, Defendant denies the allegations contained in Paragraph 43A.

44.     Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 44. For that reason, Defendant denies the allegations contained in Paragraph 44.

45.     Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 45. For that reason, Defendant denies the allegations contained in Paragraph 45.

46.     Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 46. For that reason, Defendant denies the allegations contained in Paragraph 46.

47.     Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 47. For that reason, Defendant denies the allegations contained in Paragraph 47.

48.     Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 48. For that reason, Defendant denies the allegations contained in Paragraph 48.

48A.     Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 48A. For that reason, Defendant denies the allegations contained in Paragraph 48A.

**C.  Post-Injury Handling at the Scene: Continued Force After Injury Becomes Obvious**

49.     Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 49. For that reason, Defendant denies the allegations contained in Paragraph 49.

50.     Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 50. For that reason, Defendant denies the allegations contained in Paragraph 50.

51.     Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 51. For that reason, Defendant denies the allegations contained in Paragraph 51.

52.     Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 52. For that reason, Defendant denies the allegations contained in Paragraph 52.

52A.     Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 52A. For that reason, Defendant denies the allegations contained in Paragraph 52A.

52B.     Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 52B. For that reason, Defendant denies the allegations contained in Paragraph 52B.

52C.   Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 52C. For that reason, Defendant denies the allegations contained in Paragraph 52C.

52D.   Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 52D. For that reason, Defendant denies the allegations contained in Paragraph 52D.

52E.   Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 52E. For that reason, Defendant denies the allegations contained in Paragraph 52E.

### D. Transport to Hospital: Pain Complaints and Custodial Suppression

53.   Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 53. For that reason, Defendant denies the allegations contained in Paragraph 53.

54.   Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 54. For that reason, Defendant denies the allegations contained in Paragraph 54.

### E. Hospital Arrival: Obvious Injury and Custodial Control

55.   Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 55. For that reason, Defendant denies the allegations contained in Paragraph 55.

56.   Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 56. For that reason, Defendant denies the allegations contained in Paragraph 56.

57.   Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 57. For that reason, Defendant denies the allegations contained in Paragraph 57.

57A.   Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 57A. For that reason, Defendant denies the allegations contained in Paragraph 57A.

57B.   Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 57B. For that reason, Defendant denies the allegations contained in Paragraph 57B.

### F. Hospital Hallway Movement: Threats, Dragging, and Bed Restraint

58. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 58. For that reason, Defendant denies the allegations contained in Paragraph 58.

59. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 59. For that reason, Defendant denies the allegations contained in Paragraph 59.

59A. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 59A. For that reason, Defendant denies the allegations contained in Paragraph 59A.

60. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 60. For that reason, Defendant denies the allegations contained in Paragraph 60.

61. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 61. For that reason, Defendant denies the allegations contained in Paragraph 61.

### G. Compelled Blood Draw: Restraint and Weight Based Control

62. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 62. For that reason, Defendant denies the allegations contained in Paragraph 62.

62A. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 62A. For that reason, Defendant denies the allegations contained in Paragraph 62A.

63. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 63. For that reason, Defendant denies the allegations contained in Paragraph 63.

63A. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 63A. For that reason, Defendant denies the allegations contained in Paragraph 63A.

64. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 64. For that reason, Defendant denies the allegations contained in Paragraph 64.

### H. Diagnosis and Emergency Treatment

65.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 65. For that reason, Defendant denies the allegations contained in Paragraph 65.

66.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 66. For that reason, Defendant denies the allegations contained in Paragraph 66.

## I.   Denial of Sling, Removal of Monitors, and Forced Discharge

67.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 67. For that reason, Defendant denies the allegations contained in Paragraph 67.

68.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 68. For that reason, Defendant denies the allegations contained in Paragraph 68.

68A.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 68A. For that reason, Defendant denies the allegations contained in Paragraph 68A.

69.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 69. For that reason, Defendant denies the allegations contained in Paragraph 69.

70.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 70. For that reason, Defendant denies the allegations contained in Paragraph 70.

## J.   Jail Booking and Intake: Failure to Provide Stabilization Accommodations

71.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 71. For that reason, Defendant denies the allegations contained in Paragraph 71.

72.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 72. For that reason, Defendant denies the allegations contained in Paragraph 72.

73.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 73. For that reason, Defendant denies the allegations contained in Paragraph 73.

74.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 74. For that reason, Defendant denies the allegations contained in Paragraph 74.

75.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 75. For that reason, Defendant denies the allegations contained in Paragraph 75.

76.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 76. For that reason, Defendant denies the allegations contained in Paragraph 76.

77.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 77. For that reason, Defendant denies the allegations contained in Paragraph 77.

77A.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 77A. For that reason, Defendant denies the allegations contained in Paragraph 77A.

78.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 78. For that reason, Defendant denies the allegations contained in Paragraph 78.

79.    Defendant admits that a task for Plaintiff had been created in CorEMR on February 21, 2024. Defendant affirmatively states that he was not working at the Montgomery County Jail on February 21, 2024, and that when he reviewed the CorEMR tasks list on February 22, 2024, he observed in CorEMR that Plaintiff had been released on February 21, 2024. Otherwise, denied.

80.    Defendant denies the allegations in Paragraph 80. Defendant further denies that he deleted any high-priority follow-up task and/or appointment for Plaintiff on February 22, 2024, without ensuring provider-level evaluation or follow-up while Plaintiff remained in custody. Defendant affirmatively states that he was not working at the Montgomery County Jail on February 21, 2024, and that when he reviewed the CorEMR tasks list on February 22, 2024, he observed a task created on February 21, 2024, and also observed in CorEMR that Plaintiff had been released on February 21, 2024, and he deleted the task created in CorEMR in accordance with usual practice

because Plaintiff was no longer in custody. At no time did Defendant evaluate, treat, or interact with Plaintiff.

### K. Subsequent Medical Treatment and Surgical Repair

81. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 81. For that reason, Defendant denies the allegations contained in Paragraph 81.

82. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 82. For that reason, Defendant denies the allegations contained in Paragraph 82.

83. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 83. For that reason, Defendant denies the allegations contained in Paragraph 83.

84. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 84. For that reason, Defendant denies the allegations contained in Paragraph 84.

### L. Awards, Incentives, and Institutional Reinforcement (Municipal Context)

85. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 85. For that reason, Defendant denies the allegations contained in Paragraph 85.

86. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 86. For that reason, Defendant denies the allegations contained in Paragraph 86.

### M. Notice Regarding Similar Extraction Conduct (Pre-Incident Context)

87. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 87. For that reason, Defendant denies the allegations contained in Paragraph 87.

88. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 88. For that reason, Defendant denies the allegations contained in Paragraph 88.

89. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 89. For that reason, Defendant denies the allegations contained in Paragraph 89.

90.     Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 90. For that reason, Defendant denies the allegations contained in Paragraph 90.

### N. Recording Discontinuities

91.     Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 91. For that reason, Defendant denies the allegations contained in Paragraph 91.

### O. Alternative Pleading: Constitutional Framework for Hospital-Phase Force

92.     Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 92. For that reason, Defendant denies the allegations contained in Paragraph 92.

### P. Chronology Summary

93.     Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 93. For that reason, Defendant denies the allegations contained in Paragraph 93.

94.     Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 94. For that reason, Defendant denies the allegations contained in Paragraph 94.

95.     Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 95. For that reason, Defendant denies the allegations contained in Paragraph 95.

96.     Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 96. For that reason, Defendant denies the allegations contained in Paragraph 96.

97.     Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 97. For that reason, Defendant denies the allegations contained in Paragraph 97.

98.     Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 98. For that reason, Defendant denies the allegations contained in Paragraph 98.

99.     Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 99. For that reason, Defendant denies the allegations contained in Paragraph 99.

100.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 100. For that reason, Defendant denies the allegations contained in Paragraph 100.

101.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 101. For that reason, Defendant denies the allegations contained in Paragraph 101.

102.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 102. For that reason, Defendant denies the allegations contained in Paragraph 102.

102A.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 102A. For that reason, Defendant denies the allegations contained in Paragraph 102A.

## V. CAUSES OF ACTION

### COUNT I

**Excessive Force During Seizure – Extraction and Immediate Post-Injury Handling**

**(Against Defendant O'Neill)**

103.    Defendant incorporates by reference his responses above as if fully set forth herein.

104.    Paragraph 104 is directed to another Defendant, and no responsive pleading is required. To the extent a response is required, Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 104. For that reason, Defendant denies the allegations contained in Paragraph 104.

105.    Paragraph 105 is directed to another Defendant, and no responsive pleading is required. To the extent a response is required, Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 105. For that reason, Defendant denies the allegations contained in Paragraph 105.

106.    Paragraph 106 is directed to another Defendant, and no responsive pleading is required. To the extent a response is required, Defendant lacks sufficient knowledge to either admit

or deny the allegations in Paragraph 106. For that reason, Defendant denies the allegations contained in Paragraph 106.

107.    Paragraph 107 is directed to another Defendant, and no responsive pleading is required. To the extent a response is required, Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 107. For that reason, Defendant denies the allegations contained in Paragraph 107.

108.    Paragraph 108 is directed to another Defendant, and no responsive pleading is required. To the extent a response is required, Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 108. For that reason, Defendant denies the allegations contained in Paragraph 108.

## COUNT II

### Excessive Force During Seizure – Extraction Participation and Post-Injury Handling

### (Against Defendant Scinicariello)

109.    Defendant incorporates by reference his responses above as if fully set forth herein.

110.    Paragraph 110 is directed to another Defendant, and no responsive pleading is required. To the extent a response is required, Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 110. For that reason, Defendant denies the allegations contained in Paragraph 110.

111.    Paragraph 111 is directed to another Defendant, and no responsive pleading is required. To the extent a response is required, Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 111. For that reason, Defendant denies the allegations contained in Paragraph 111.

112.    Paragraph 112 is directed to another Defendant, and no responsive pleading is required. To the extent a response is required, Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 112. For that reason, Defendant denies the allegations contained in Paragraph 112.

113.    Paragraph 113 is directed to another Defendant, and no responsive pleading is required. To the extent a response is required, Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 113. For that reason, Defendant denies the allegations contained in Paragraph 113.

## COUNT III

### Excessive Force During Seizure – Post Extraction Force Through Hospital Custody

### (Against Defendants O'Neill, Davis, and Hospital/Scene John Doe Deputy)

114.    Defendant incorporates by reference his responses above as if fully set forth herein.

115.    Paragraph 115 is directed to another Defendant, and no responsive pleading is required. To the extent a response is required, Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 115. For that reason, Defendant denies the allegations contained in Paragraph 115.

115A.    Paragraph 115 is directed to another Defendant, and no responsive pleading is required. To the extent a response is required, Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 115. For that reason, Defendant denies the allegations contained in Paragraph 115.

116.    Paragraph 116 is directed to another Defendant, and no responsive pleading is required. To the extent a response is required, Defendant lacks sufficient knowledge to either admit

or deny the allegations in Paragraph 116. For that reason, Defendant denies the allegations contained in Paragraph 116.

117.    Paragraph 117 is directed to another Defendant, and no responsive pleading is required. To the extent a response is required, Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 117. For that reason, Defendant denies the allegations contained in Paragraph 117.

## COUNT IV

### Alternative Excessive Force – Hospital Phase as Pretrial Detainee

### (Against Defendants O'Neill, Davis, and Hospital/Scene John Doe Deputy)

118.    Defendant incorporates by reference his responses above as if fully set forth herein.

119.    Paragraph 119 is directed to another Defendant, and no responsive pleading is required. To the extent a response is required, Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 119. For that reason, Defendant denies the allegations contained in Paragraph 119.

119A.    Paragraph 119A is directed to another Defendant and no responsive pleading is required. To the extent a response is required, Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 119A. For that reason, Defendant denies the allegations contained in Paragraph 119A.

120.    Paragraph 120 is directed to another Defendant, and no responsive pleading is required. To the extent a response is required, Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 120. For that reason, Defendant denies the allegations contained in Paragraph 120.

## COUNT V

**Deliberate Indifference to Serious Medical Needs**

**(Against Defendants O'Neill; Waddington; Anyangwe; Lobe; Siddiqi; Jail John Doe**

**Officers 1-2)**

121.    Defendant incorporates by reference his responses above as if fully set forth herein.

122.    A portion of Paragraph 122 is directed to another Defendant, and no responsive pleading is required. To the extent the paragraph is directed to Defendant, Defendant denies the allegations in Paragraph 122. Defendant denies that Plaintiff's alleged medical condition constituted an objectively serious medical condition and Defendant denies that he was deliberately indifferent to Plaintiff's medical needs, denies that he had the requisite subjective awareness of a substantial risk of serious harm to Plaintiff while Plaintiff was in custody, and denies that any act or omission by Defendant caused Plaintiff any injury or damages. Defendant affirmatively states that he was not working at the Montgomery County Jail on February 21, 2024, and that when he reviewed the CorEMR tasks list on February 22, 2024, he observed in CorEMR that Plaintiff had been released later on February 21, 2024, and thus, provided Plaintiff with no medical care while Plaintiff was in custody.

123.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 123. For that reason, Defendant denies the allegations contained in Paragraph 123.

124.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 124. For that reason, Defendant denies the allegations contained in Paragraph 124.

125.    Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 125. For that reason, Defendant denies the allegations contained in Paragraph 125.

126.    A portion of Paragraph 126 is directed to another Defendant, and no responsive pleading is required. To the extent the paragraph is directed to Defendant, Defendant denies the

allegations in Paragraph 126. Defendant denies that Plaintiff's alleged medical condition constituted an objectively serious medical condition and Defendant denies that he was deliberately indifferent to Plaintiff's medical needs, denies that he had the requisite subjective awareness of a substantial risk of serious harm to Plaintiff, and denies that he committed any act or omission as it relates to Plaintiff and that he caused Plaintiff any injury or damages. Defendant affirmatively states that he was not working at the Montgomery County Jail on February 21, 2024, and that when he reviewed the CorEMR tasks list on February 22, 2024, he observed in CorEMR that Plaintiff had been released later on February 21, 2024, and thus, provided Plaintiff with no medical care while Plaintiff was in custody.

127. A portion of Paragraph 127 is directed to another Defendant, and no responsive pleading is required. To the extent the paragraph is directed to Defendant, Defendant denies the allegations in Paragraph 127. Defendant further denies that he deleted any high-priority follow-up task and/or appointment for Plaintiff on February 22, 2024, without ensuring provider-level evaluation or follow-up while Plaintiff remained in custody. Defendant affirmatively states that he was not working at the Montgomery County Jail on February 21, 2024, and that when he reviewed the CorEMR tasks list on February 22, 2024, he observed a task created on February 21, 2024, and also observed in CorEMR that Plaintiff had been released later on February 21, 2024, and he deleted the task in accordance with usual practice because Plaintiff was no longer in custody.

128. Paragraph 128 is directed to another Defendant, and no responsive pleading is required. To the extent a response is required, Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 128. For that reason, Defendant denies the allegations contained in Paragraph 128.

129.    Paragraph 129 is directed to another Defendant, and no responsive pleading is required. To the extent a response is required, Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 129. For that reason, Defendant denies the allegations contained in Paragraph 129.

130.    Defendant denies the allegations in Paragraph 130.

131.    Defendant denies the allegations in Paragraph 131.

## COUNT VI

### Failure to Intervene

**(Against Defendants Boerma, Davis, John Doe (BWC 13603), John Doe (BWC 15438), John Doe (BWC 14218), and Hospital/Scene John Doe Deputy)**

132.    Defendant incorporates by reference his responses above as if fully set forth herein.

133.    Paragraph 133 is directed to another Defendant, and no responsive pleading is required. To the extent a response is required, Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 133. For that reason, Defendant denies the allegations contained in Paragraph 133.

134.    Paragraph 134 is directed to another Defendant, and no responsive pleading is required. To the extent a response is required, Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 134. For that reason, Defendant denies the allegations contained in Paragraph 134.

135.    Paragraph 135 is directed to another Defendant, and no responsive pleading is required. To the extent a response is required, Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 135. For that reason, Defendant denies the allegations contained in Paragraph 135.

135A. Paragraph 135A is directed to another Defendant and no responsive pleading is required. To the extent a response is required, Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 135A. For that reason, Defendant denies the allegations contained in Paragraph 135A.

## COUNT VII

### Municipal Policy and Custom Liability

### (Against Montgomery County, Texas)

136.    Defendant incorporates by reference his responses above as if fully set forth herein.

137.    Paragraph 137 is directed to another Defendant and no responsive pleading is required. To the extent a response is required, Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 137. For that reason, Defendant denies the allegations contained in Paragraph 137.

138.    Paragraph 138 is directed to another Defendant and no responsive pleading is required. To the extent a response is required, Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 138. For that reason, Defendant denies the allegations contained in Paragraph 138.

138A. Paragraph 138A is directed to another Defendant and no responsive pleading is required. To the extent a response is required, Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 138A. For that reason, Defendant denies the allegations contained in Paragraph 138A.

138B. Paragraph 138B is directed to another Defendant and no responsive pleading is required. To the extent a response is required, Defendant lacks sufficient knowledge to either admit

or deny the allegations in Paragraph 138B. For that reason, Defendant denies the allegations contained in Paragraph 138B.

139.     Paragraph 139 is directed to another Defendant and no responsive pleading is required. To the extent a response is required, Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 139. For that reason, Defendant denies the allegations contained in Paragraph 139.

140.     Paragraph 140 is directed to another Defendant and no responsive pleading is required. To the extent a response is required, Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 140. For that reason, Defendant denies the allegations contained in Paragraph 140.

141.     Paragraph 141 is directed to another Defendant and no responsive pleading is required. To the extent a response is required, Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 141. For that reason, Defendant denies the allegations contained in Paragraph 141.

141A. Paragraph 141A is directed to another Defendant and no responsive pleading is required. To the extent a response is required, Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 141A. For that reason, Defendant denies the allegations contained in Paragraph 141A.

142.     Paragraph 142 is directed to another Defendant and no responsive pleading is required. To the extent a response is required, Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 142. For that reason, Defendant denies the allegations contained in Paragraph 142.

## VI. DAMAGES

143. Defendant lacks knowledge or information sufficient to form a belief as to the truth of Plaintiff's alleged injuries and damages, and on that basis denies them. Defendant further denies that any alleged damages were caused by Defendant.

144. Defendant lacks knowledge or information sufficient to form a belief as to the truth of Plaintiff's alleged injuries and damages, and on that basis denies them. Defendant further denies that any alleged damages were caused by Defendant.

145. Defendant lacks knowledge or information sufficient to form a belief as to the truth of Plaintiff's alleged injuries and damages, and on that basis denies them. Defendant further denies that any alleged damages were caused by Defendant.

146. Defendant lacks knowledge or information sufficient to form a belief as to the truth of Plaintiff's alleged injuries and damages, and on that basis denies them. Defendant further denies that any alleged damages were caused by Defendant.

147. Defendant lacks knowledge or information sufficient to form a belief as to the truth of Plaintiff's alleged injuries and damages, and on that basis denies them. Defendant further denies that any alleged damages were caused by Defendant.

148. Defendant lacks knowledge or information sufficient to form a belief as to the truth of Plaintiff's alleged injuries and damages, and on that basis denies them. Defendant further denies that any alleged damages were caused by Defendant.

149. Defendant lacks knowledge or information sufficient to form a belief as to the truth of Plaintiff's alleged injuries and damages, and on that basis denies them. Defendant further denies that any alleged damages were caused by Defendant.

## VII. PRAYER FOR RELIEF

150.    Paragraph 150 contains a heading or organizational label to which no response is required. To the extent any response is deemed necessary, Defendant denies that Plaintiff is entitled to any relief from Defendant.

151.    Defendant denies that Plaintiff is entitled to any relief from Defendant, including compensatory damages.

152.    Defendant denies that Plaintiff is entitled to any relief from Defendant, including punitive damages.

153.    Defendant denies that Plaintiff is entitled to any relief from Defendant, including attorney's fees and costs.

154.    Defendant denies that Plaintiff is entitled to any relief from Defendant, including pre- and post-judgment interest.

155.    Defendant denies that Plaintiff is entitled to any relief from Defendant.

## VIII. JURY DEMAND

156.    Paragraph 156 contains a heading or organizational label to which no response is required. To the extent any response is deemed necessary, admitted as Defendant request a trial by jury on all issues so triable.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief may be granted against Defendant.

### SECOND DEFENSE

Plaintiff caused or contributed to any injuries or damages that Plaintiff may have sustained; and the negligence of Plaintiff requires that the alleged damages of Plaintiff be denied or diminished in proportion to the amount of negligence attributable to the Plaintiff.

### THIRD DEFENSE

Defendant is entitled to qualified immunity because his conduct did not violate any clearly established constitutional or statutory right of which a reasonable official or medical provider would have known.

### FOURTH DEFENSE

Plaintiff cannot establish deliberate indifference because Defendant did not subjectively disregard a known substantial risk of serious harm.

### FIFTH DEFENSE

At all relevant times, Defendant acted reasonably, in good faith, and within the scope of his professional responsibilities.

### SIXTH DEFENSE

Plaintiff's allegations, even if accepted as true, do not establish a constitutional violation actionable under 42 U.S.C. § 1983.

### SEVENTH DEFENSE

The injuries sustained by Plaintiff were caused by acts of third persons not including Defendant and, as such, Defendant is not liable in any manner to the Plaintiff.

### EIGHTH DEFENSE

Defendant specifically avers that the injuries and damages alleged to have been incurred by Plaintiff resulted from the underlying medical and physical problems from which Plaintiff suffered, which were unrelated to any act or omissions by Defendant.

**NINTH DEFENSE**

Any alleged acts or omissions by Defendant were not the proximate cause of Plaintiff's alleged injuries or damage.

**TENTH DEFENSE**

All damages asserted by Plaintiff are the result of Plaintiff's active negligence, thereby barring any claims for contribution or indemnity against Defendant.

**ELEVENTH  DEFENSE**

If Defendant is found to be negligent, at fault, or otherwise responsible for Plaintiff's injuries or damages, if any, he must assert the principles of law and equity relative to comparative negligence and require that the proportionate or relative degree of negligence, fault, or responsibility of all parties involved in the subject incident be ascertained so that Defendant's liability, if any, amounts to his proportionate or relative degree of negligence, fault or responsibility.

**TWELVE DEFENSE**

Plaintiff is equitably estopped from any relief against Defendant by virtue of Plaintiff and/or Plaintiff's own acts or omissions.

**THIRTEENTH  DEFENSE**

Defendant at all times acted in good faith, without malice and within his respective scope of duties.

**FOURTENTH DEFENSE**

Plaintiff's Complaint does not state a claim for deliberate indifference to a serious medical need because Defendant never interacted with Plaintiff or treated Plaintiff or failed to treat Plaintiff and because a difference in opinion as to the need to pursue one course of treatment over another

is insufficient as a matter of law to establish indifference, and Plaintiff cannot show that the course of treatment chosen was medically unacceptable under the circumstances.

## FIFTEENTH DEFENSE

Plaintiff failed to mitigate his damages, if any.

## SIXTEENTH DEFENSE

Plaintiff's Complaint is barred by the applicable statute of limitations and/or repose.

## SEVENTEENTH FIRST DEFENSE

Some or all of Plaintiff's damages are speculative, are not supported by proof, and are therefore not compensable as a matter of law.

## EIGHTEENTH  DEFENSE

Defendant asserts that Plaintiff's lacks standing to sue Defendant because Defendant never treated or interacted with Plaintiff in any way.

## NINETEENTH DEFENSE

Defendant asserts that Plaintiff cannot prove causation between the alleged acts or omissions of Defendant and the Plaintiff's injuries.

## TWENTY-FIRST DEFENSE

Defendant is not liable in the capacity in which he has been sued because Defendant was not present in the jail while Plaintiff was present in the jail. Defendant never saw plaintiff and never administered (or failed to administer) any care or medical treatment to Plaintiff. It is impossible for Defendant to have committed any kind of common law, constitutional, or statutory violation as Defendant was not present in the jail when Plaintiff was incarcerated.

## TWENTY-SECOND DEFENSE

Defendant reserves the right to assert additional affirmative defenses not stated herein at such time as the facts supporting those assertions are made known or discovered by Defendant.

**WHEREFORE,** Defendant prays that this Court dismiss Plaintiff's Complaint with prejudice at Plaintiff's cost, and for all other general and equitable relief as this Court deems just and proper.

July 14, 2026                                           SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.

BY: */s/Wesley T. Welmaker*
    Wesley T. Welmaker
    State Bar No. 00795826
    wwelmaker@smsm.com
    SDTX No. 20091
    One Riverway, Suite 1625
    Houston, Texas 77056
    Tel. (713) 333-7600
    Fax. (713) 333-7611

**ATTORNEY FOR DEFENDANT**
**ETUGE ANYWANGWE**

CERTIFICATE OF SERVICE

I hereby certify that this Notice of Appearance was served on all Parties or the Parties' counsel in accordance with the Federal Rules of Civil Procedure on this the July 14, 2026.

**/s/ Wesley T. Welmaker**
Wesley T. Welmaker