**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

FELIX IRAHETA,
          *Plaintiff,*

v.

MONTGOMERY COUNTY, TEXAS, et al.
          *Defendants.*

Civil Action No. 4:26-cv-01355

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION FOR ORDER CONFIRMING UNDISPUTED FACTS (DOC. 24)**

TO THE HONORABLE CHARLES ESKRIDGE:

Plaintiff directs the Court to Federal Rule of Civil Procedure 16, which supplies express authority for the order requested in Plaintiff's motion (Doc. 24).

**Rule 16(c)(2)** provides that "at any pretrial conference, the court may consider and take appropriate action on" matters including "(A) formulating and simplifying the issues" and "(C) obtaining admissions and stipulations about facts and documents to avoid unnecessary proof."

**Rule 16(d)** provides that after any such conference, the court "should issue an order reciting the action taken," and that this order "controls the course of the action unless the court modifies it."

The Revised Proposed Order (Doc. 30-2) exercises this authority.

No new argument or relief is presented.

Respectfully submitted,

O. RODRIGUEZ LAW, PLLC

*/s/ Orlando Rodriguez*
ORLANDO RODRIGUEZ
State Bar No. 24037382
700 Louisiana St., Suite 3950
Houston, Texas 77002
Telephone: (713) 239-2300
Email: efile@orodriguezlaw.com
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that on July 16, 2026, a true and correct copy of the foregoing was served on all counsel of record via the Court's CM/ECF system.

*/s/ Orlando Rodriguez*
ORLANDO RODRIGUEZ