IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FELIX IRAHETA<br>　　*Plaintiffs,*<br><br>v.<br><br>MONTGOMERY COUNTY, TEXAS;<br>DEPUTY JOSEPH MICHAEL<br>O'NEILL; DEPUTY NICHOLAS<br>ANTHONY SCINICARIELLO;<br>SPECIALIST TIMOTHY J. BOEREMA;<br>DEPUTY DAVIS (BWC 16104); JOHN<br>DOE (BWC 13603); JOHN (BWC<br>15438); JOHN DOE (BWC 14218);<br>HOSPITAL/SCENE JOHN DOE<br>DEPUTY; JAIL JOHN DOE OFFICERS<br>1-2; EMILY WADDINGTON (LVN);<br>ETUGE ANYANGWE (FNP-C);<br>ZAKARI LOBE (LVN); ATHER<br>SIDDIQI, MD<br>　　*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:26-CV-01355<br><br><br>JURY TRIAL DEMANDED |

**ORDER**

On this day, the Court considered the Defendants, Ather Siddiqi, MD, and Etuge Anyangwe, FNP-C's Rule 12(c) Motion for Judgment on the Pleadings (Doc. _____).

**IT IS ORDERED:**

1. Defendants, Ather Siddiqi, MD, and Etuge Anyangwe, FNP-C's Rule 12(c) Motion for Judgment on the Pleadings (Doc. _____) is **GRANTED.**

2. Plaintiff's claims against Defendants, Ather Siddiqi, MD, and Etuge Anyangwe, FNP-C, are **DISMISSED WITH PREJUDICE**.

SIGNED this _____ day of _____ 2026.

_____
UNITED STATES DISTRICT JUDGE

2

**APPROVED AS TO FORM:**

Respectfully submitted,

SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.

BY:    /s/*Wesley T. Welmaker*
       Wesley T. Welmaker
       State Bar No. 00795826
       wwelmaker@smsm.com
       One Riverway, Suite 1625
       Houston, Texas 77056
       Phone: (713) 333-7600
       Fax: (713) 333-7601

**SUBSTITUTING ATTORNEY FOR DEFENDANTS
ATHER SIDDIQI, MD AND
ETUGE ANYANGWE, FNP-C**