**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| FELIX IRAHETA, | § | CIVIL ACTION NUMBER |
| Plaintiff, | § | 4:26-cv-01355 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| MONTGOMERY COUNTY, | § | |
| TEXAS, *et al*, | § | |
| Defendants. | § | |

**MINUTE ENTRY**

Minute entry for INITIAL CONFERENCE before Judge Charles Eskridge on July 29, 2026. All parties present and represented by counsel.

The Court addressed the scheduling order and joint discovery/case management plan. Dkts 9 & 48.

The Court addressed the motion by Plaintiff Felix Iraheta for an order confirming undisputed facts. Dkt 24.

The motion was DENIED for reasons stated on the record. Dkt 24.

The Court addressed the motions by Defendants to dismiss and for judgment on the pleadings. Dkts 13 & 40. Argument heard.

The motions were TAKEN UNDER ADVISEMENT.

It was noted that the parties had attached body-camera footage depicting the events underlying this action. The parties stated agreement that the factors under *Graham v O'Connor*, 490 US 386, 396 (1989), provide the governing framework as to whether any force used by law enforcement during these events was reasonable under the circumstances.

It was noted that Defendants Etuge Anyangwe and Ather Siddiqi had recently filed a motion for judgment on the pleadings shortly before hearing. Dkt 63. Plaintiff stated intention to file a brief in response to that motion.

This matter may be set for further hearing once briefing on the motion by Anyangwe and Siddiqi is complete, if determined necessary.

SO ORDERED.

Signed on July 29, 2026, at Houston, Texas.

_____

Honorable Charles Eskridge
United States District Judge

2